MAURICE SUH, SBN 147485
  msuh@gibsondunn.com
DANIEL WEISS, SBN 242022
  dweiss@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Applicant,
Her Majesty The Queen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>Her Majesty The Queen,<br><br>          Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition In A Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | CASE NO. 2:16-MV-2<br><br>***EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 FOR THE ISSUANCE OF A SUBPOENA TO PAUL SLOAN FOR THE TAKING OF A DEPOSITION FOR USE IN A FOREIGN PROCEEDING** |

Gibson, Dunn &
Crutcher LLP

Her Majesty The Queen (the "Crown"), by and through her United States counsel, hereby submits this *Ex Parte* Application to this Court for an Order, under 28 U.S.C. § 1782 and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, granting the Crown leave to serve the subpoena attached to the Declaration of Daniel L. Weiss as Exhibit A (the "Subpoena") upon Paul Sloan, a resident of the City of Los Angeles, California, for the taking of his deposition for use in a foreign proceeding pending before the Tax Court of Canada.

As explained herein and in the accompanying Memorandum of Points and Authorities, this Application satisfies the statutory requirements of 28 U.S.C. § 1782:

- The evidence the Crown seeks is for use in a matter pending before the Tax Court of Canada, styled *Jeffrey Sackman v. Her Majesty the Queen*, Docket: 2002-4824(IT)G ("*Sackman* Matter"), a recognized foreign proceeding within the meaning of the statute that has taken place pursuant to the rules and regulations of the Tax Court of Canada.
- The Crown is a party, and therefore an "interested person," under Section 1782 in the *Sackman* Matter.
- Mr. Sloan resides or can be "found" within this district, as his last known address is in Woodland Hills, California.
- Additionally, all of the discretionary factors outlined by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, favor granting the Crown's request. 542 U.S. 241, 264-65 (2004).

The Crown therefore respectfully requests that this Court issue an order permitting the Crown to serve the Subpoena on Mr. Sloan.

Finally, the interests of justice require that this Application be made *ex parte* pursuant to Local Rule 7-19.2 without giving notice to Mr. Sloan. Issuing the Subpoena without notice would not prejudice Mr. Sloan because, once the Subpoena is issued, Mr. Sloan will still have the ability to retain counsel and make whatever objection or response to the Subpoena he wishes to make, if any.

Gibson, Dunn & Crutcher LLP

This Application is based on this *Ex Parte* Application, the separately filed Memorandum of Points and Authorities, the declarations of Daniel L. Weiss and Martin Beaudry, and on such other and further evidence and authority that may be considered by the Court.

Dated: January 15, 2016

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:     /s/
      Daniel Leigh Weiss

Attorneys for Applicant,
Her Majesty The Queen