MAURICE SUH, SBN 147485
  msuh@gibsondunn.com
DANIEL WEISS, SBN 242022
  dweiss@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Applicant,
Her Majesty The Queen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>Her Majesty The Queen,<br><br>            Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition In A Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | CASE NO. 2:16-MC-00002<br><br>**DECLARATION OF DANIEL L. WEISS IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 FOR THE ISSUANCE OF A SUBPOENA TO PAUL SLOAN FOR THE TAKING OF A DEPOSITION FOR USE IN A FOREIGN PROCEEDING** |

## DECLARATION OF DANIEL L. WEISS

I, Daniel L. Weiss, declare as follows:

1. I am an associate at Gibson, Dunn & Crutcher LLP and I am one of the attorneys for Her Majesty The Queen (the "Crown") in connection with its *Ex Parte Application For An Order Under 28 U.S.C. § 1782 For the Issuance Of A Subpoena To Paul Sloan For The Taking Of A Deposition For Use In A Foreign Proceeding*. Unless otherwise indicated, I have personal knowledge of the matters set forth herein, and would testify to these facts if called upon to do so.

2. Attached as Exhibit A is a Subpoena To Testify At A Deposition In A Civil Action directed to Paul Sloan for a deposition on February 11, 2016 (the "Subpoena").

3. Attached as Exhibit B is a true and correct copy of an Accurint Comprehensive Report for Paul Sloan.

4. The Crown intends to serve Paul Sloan with the Subpoena within the boundaries of the Central District of California.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 15th day of January, 2016, at Los Angeles, California.

_____
DANIEL L. WEISS

Gibson, Dunn & Crutcher LLP

1