# EXHIBIT B



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Required Institutional Risk Control
**Your DMF Permissible Use:** Legitimate Fraud Prevention Interest

# Comprehensive Report

**Date:** 09/25/15
**Reference Code:** 23244-00001 DWeiss

**Report Legend:**

**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**

Gibson, Dunn & Crutcher LLP L.A.
333 South Grand Ave
Los Angeles, CA 90071-1504
213-229-7000 Main Phone
213-229-6411 Fax

**Subject Information**
**(Best Information for Subject)**
Name: **PAUL M SLOAN**
Date of Birth: **1/xx/1936**
Age: **79**
SSN: **162-30-xxxx** issued in **Pennsylvania**
between **1/1/1953** and **12/31/1956**

**AKAs**
**(Names Associated with Subject)**
**PAUL SLOAN**
  Age: **79**   SSN: **162-30-xxxx**
**P SLOAN**
  Age: **79**   SSN: **162-30-xxxx**
**PAUL SOLAN**
  Age: **79**   SSN: **162-30-xxxx**
**PAUL M SLOANE**
  Age: **79**   SSN: **162-30-xxxx**
**PAUL SLOAN**
  Age: **79**   SSN: **162-30-xxxx**

**Indicators**

Bankruptcy: **Yes**
Property: **No**
Corporate Affiliations: **Yes**

**Comprehensive Report Summary:**
  Bankruptcies:
    1 Found
  Liens and Judgments:
    6 Found
  UCC Filings:
    None Found
  Phones Plus:
    1 Found
  People at Work:
    8 Found
  Driver´s License:
    None Found
  Address(es) Found:
    1 Verified and 14 Non-Verified Found

Comprehensive Report

Possible Properties Owned:
   None Found
Motor Vehicles Registered:
   None Found
Watercraft:
   None Found
FAA Certifications:
   None Found
FAA Aircrafts:
   None Found
Possible Criminal Records:
   None Found
Sexual Offenses:
   None Found
 Florida Accidents:
   None Found
Professional Licenses:
   None Found
Voter Registration:
   None Found
Hunting/Fishing Permit:
   None Found
Concealed Weapons Permit:
   None Found
Possible Associates:
   2 Found
Possible Relatives:
   1st Degree - 8 Found
   2nd Degree - 8 Found
   3rd Degree - None Found
Neighbors:
   1st Neighborhood - 2 Found
   2nd Neighborhood - 2 Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
   DOROTHY R BARILLIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956

   DOROTHY R BARIGLIO  DOB: 7/xx/1934
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   D R BARIGLIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DOROTHY BARIGLIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DORATHY M BARIGLIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DOROTHY R BARIGILO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DORATHY R BARIGLIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DOROTHY BERIGLIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DOROTHY R BARILIO  DOB: 7/xx/1932
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   DOROTHY R BARIGILIO  DOB: 7/xx/1932
   162-36-xxxx issued in Pennsylvania  between  1/1/1961  and  12/31/1963
     SSN belongs to a person reported as deceased.
   VIVIAN R GREENE  DOB: 9/xx/1948
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   VIVIAN GREENE  DOB: 9/xx/1948
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
   VIVIAN R GREENBERG  DOB: 9/xx/1948
   162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956

Comprehensive Report

VIVIAN RAE GREENBERG  DOB: 9/xx/1948
162-30-xxxx issued in Pennsylvania between 1/1/1953 and 12/31/1956
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREEN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN I GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENE  DOB: 9/1950
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN I GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN G SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN I GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN GREEN SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN I GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREEN  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE I  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN R GREENE  DOB: 9/1950
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENBERG HI  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENE  DOB: 9/xx/1948
534-14-xxxx issued in Washington between 1/1/1936 and 12/31/1951
🚩SSN belongs to a person reported as deceased.
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
534-14-xxxx issued in Washington between 1/1/1936 and 12/31/1951
🚩SSN belongs to a person reported as deceased.
VIVIAN SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN SLOAN  DOB: 1949
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN R GREENBERG  DOB: 9/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
V GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVIAN RAE GREENBERG  DOB: 9/xx/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969
VIVAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN GREENE I  DOB: 9/xx/1948
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN SLOAN  DOB: 9/1950
534-46-xxxx issued in Washington between 1/1/1963 and 12/31/1963
VIVIAN RAE GREENE  DOB: 9/1948
354-46-xxxx issued in Illinois between 1/1/1968 and 12/31/1969

Comprehensive Report

VIVIAN GREENE  DOB: 9/xx/1948
354-46-xxxx issued in Illinois  between  1/1/1968  and  12/31/1969
VIVIAN GREENE I  DOB: 9/xx/1948
354-46-xxxx issued in Illinois  between  1/1/1968  and  12/31/1969
VIVIAN GREENE  DOB: 9/xx/1948
534-14-xxxx issued in Washington  between  1/1/1936  and  12/31/1951
        ⚑ SSN belongs to a person reported as deceased.
VIVIAN GRE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GREENESLOANE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GRE SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GREENE SLOAN  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN RAE GREENBERG  DOB: 9/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN RAE GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GRE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN G SLOANE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
IVIAN G SLOANE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GREENE  DOB: 9/xx/1948
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
VIVIAN GREENE  DOB: 1949
534-46-xxxx issued in Washington  between  1/1/1963  and  12/31/1963
        ⚑ SSN belongs to a person reported as deceased.
VIVIAN I GREENE        DOB: 9/xx/1948

**Address Summary:**

✔ 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Sep 2015)
401 E 80TH ST APT 22G, NEW YORK NY 10075-0652, NEW YORK COUNTY (Apr 1990 - Apr 2009)
2632 LA COSTA AVE 1320, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY (Jun 1970 - Dec 2001)
1977 NE 119TH RD, NORTH MIAMI FL 33181-3319, MIAMI-DADE COUNTY (Jan 1983 - May 1997)
1977 NW 119 RD, NORTH MIAMI FL 33181, MIAMI-DADE COUNTY (Oct 1993 - Mar 1997)
2029 CENTURY PARK E STE 500, LOS ANGELES CA 90067-2906, LOS ANGELES COUNTY (Jan 1983 - Apr 1995)
214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY ( 1983 - Dec 1990)
1977 NW 119TH ST, MIAMI FL 33167-2739, MIAMI-DADE COUNTY (Apr 1985 - Apr 1986)
CHURCH RD APT U1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Dec 1984 - Apr 1986)
200 PARK AVE APT, NEW YORK NY 10166-0005, NEW YORK COUNTY (Jun 1970 - Apr 1986)
1977 1, MIAMI FL 33181, MIAMI-DADE COUNTY (Jan 1983 - Apr 1985)
2366 BOWMONT DR, BEVERLY HILLS CA 90210-1809, LOS ANGELES COUNTY ( 1983 - Apr 1985)
83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY (Jan 1983)
950 3RD 15 FLOOR AVE, NEW YORK NY 10022, NEW YORK COUNTY (Jan 1983)
50 BELMONT AVE APT 1114, BALA CYNWYD PA 19004-2446, MONTGOMERY COUNTY (Jun 1970)

**Active Address(es):**

✔ 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Sep 2015)
    **Name Associated with Address:**
        PAUL SLOAN
            **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
        818-348-1553 - PDT SLOAN PAUL
    **Neighborhood Profile (2010 Census)**
        Average Age: 48
        Median Household Income: $119,231
        Median Owner Occupied Home Value: $760,653
        Average Years of Education: 14

Comprehensive Report

**Previous And Non-Verified Address(es):**

401 E 80TH ST APT 22G, NEW YORK NY 10075-0652, NEW YORK COUNTY (Apr 1990 - Apr 2009)
    **Name Associated with Address:**
        PAUL M SLOAN
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 1560-0001
            Book - 1904
            Page - 1313
            Owner Name: 80-81 & FIRST ASSOCIATES
            Property Address: - 401 E 80TH ST, NEW YORK NY 10075-0655, NEW YORK COUNTY
            Owner Address: 110 E 59TH ST FL 34, NEW YORK NY 10022-1308, NEW YORK COUNTY
            Sale Date - 08/31/1992
            Sale Price - $2,570,000
            Land Usage - APARTMENT
            Total Market Value - $68,005,000
            Assessed Value - $30,602,250
            Land Value - $40,000,000
            Improvement Value - $28,005,000
            Land Size - 21,624 Square Feet
            Year Built - 1980
            Seller Name: COMPTROLLER OF THE STATE OF N
            Data Source - A
    **Neighborhood Profile (2010 Census)**
        Average Age: 39
        Median Household Income: $87,888
        Median Owner Occupied Home Value: $552,632
        Average Years of Education: 16

2632 LA COSTA AVE 1320, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY (Jun 1970 - Dec 2001)
    **Name Associated with Address:**
        PAUL M SLOAN
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 216-280-06-00
            Owner Name: KRISTIE LAMBERT
            Property Address - 2632 LA COSTA AVE, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY
            Owner Address: 2632 LA COSTA AVE, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY
            Sale Date - 02/27/2015
            Loan Amount - $93,111
            Loan Type - CONVENTIONAL
            Data Source - A
    **Neighborhood Profile (2010 Census)**
        Average Age: 45
         Median Household Income: $81,809
         Median Owner Occupied Home Value: $482,973
         Average Years of Education: 15

1977 NE 119TH RD, NORTH MIAMI FL 33181-3319, MIAMI-DADE COUNTY (Jan 1983 - May 1997)
    **Name Associated with Address:**
        PAUL M SLOAN
        **Current Residents at Address:**
        JOHN ARTHUR HEIDT
        LEJUAN ROY BIGGERS
        JAMES K BUCKMAN II
        JAMES M LITTLEJOHN
        RAYMOND CHARLES PREESCHL II
        JIM MCGHOW
        MICAHIEL NICHLOSON
        NICOLE STEPHANIE PHILLIPS
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 06-2228-011-3400
            Book - 23966
            Page - 3463
            Owner Name: JAMES LITTLEJOHN
            Owner Name 2: LEROY WILLIAMS
      Other Owners: CLARK ROBER LITTLEJOHN
            Property Address: - 1977 NE 119TH RD, NORTH MIAMI FL 33181-3319, MIAMI-DADE COUNTY

Comprehensive Report

Owner Address: 1977 NE 119TH RD, NORTH MIAMI FL 33181-3319, MIAMI-DADE COUNTY
Sale Date - 10/20/2005
Sale Price - $2,000,000
Land Usage - SFR
Subdivision Name - SANS SOUCI ESTATES
Total Market Value - $724,780
Assessed Value - $724,780
Land Value - $152,250
Improvement Value - $572,530
Land Size - 9,375 Square Feet
Year Built - 1961
Seller Name: ALEXANDER MORERA
Legal Description - 28 33 52 42 SANS SOUCI ESTS PB 50-86 LOT 103 BLK 14 LOT SIZE 75.000 X 125 OR 20516-4414 05 2002 1 COC
26198-1620 11 2005 5
Loan Amount - $1,500,000
Loan Type - CONVENTIONAL
Lender Name - LANCASTER MTG BANKERS
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 45
Median Household Income: $51,022
Median Owner Occupied Home Value: $249,695
Average Years of Education: 14

1977 NW 119 RD, NORTH MIAMI FL 33181, MIAMI-DADE COUNTY (Oct 1993 - Mar 1997)
**Name Associated with Address:**
PAUL SOLAN

2029 CENTURY PARK E STE 500, LOS ANGELES CA 90067-2906, LOS ANGELES COUNTY (Jan 1983 - Apr 1995)
**Name Associated with Address:**
PAUL SLOAN
310-277-3373 - PDT MGO
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 3899-760-000
Owner Name: MACIAS GINI & OCONNELL LLP
Property Address: - 2029 CENTURY PARK E STE 500, LOS ANGELES CA 90067-2906, LOS ANGELES COUNTY
Owner Address: 3000 S ST STE 300, SACRAMENTO CA 95816-7014, SACRAMENTO COUNTY
Assessed Value - $138,305
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 56
Median Household Income: $119,817
Median Owner Occupied Home Value: $852,459
Average Years of Education: 15

214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY ( 1983 - Dec 1990)
**Name Associated with Address:**
PAUL SLOAN
**Current Residents at Address:**
PAMELA E EHRENKRANZ
DANIEL ISAAC DEWOLF
WENDY E DEWOLF
PAMELA V EHRENKRANZ
**Current phones listed at this address:**
212-517-4095 - EDT DEWOLF DANIEL
212-517-7832 - EDT DEWOLF DANIEL
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 01432-0042
Book - 2309
Page - 958
Owner Name: PAMELA EHRENKRANZ
Property Address: - 214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY
Owner Address: 214 E 78TH ST, NEW YORK NY 10075-2002, NEW YORK COUNTY
Land Usage - SINGLE FAMILY RESIDENTIAL
Total Market Value - $3,850,000
Assessed Value - $156,514
Land Value - $2,480,000
Improvement Value - $1,370,000

Comprehensive Report

Land Size - 1362 SF
Year Built - 1899
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 41
Median Household Income: $105,808
Median Owner Occupied Home Value: $622,222
Average Years of Education: 17

1977 NW 119TH ST, MIAMI FL 33167-2739, MIAMI-DADE COUNTY (Apr 1985 - Apr 1986)
**Name Associated with Address:**
PAUL SLOAN
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $55,556
Median Owner Occupied Home Value: $213,867
Average Years of Education: 11

CHURCH RD APT U1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Dec 1984 - Apr 1986)
**Name Associated with Address:**
PAUL M SLOAN
**Neighborhood Profile (2010 Census)**
Average Age: 47
Median Household Income: $70,161
Median Owner Occupied Home Value: $205,952
Average Years of Education: 13

200 PARK AVE APT, NEW YORK NY 10166-0005, NEW YORK COUNTY (Jun 1970 - Apr 1986)
**Name Associated with Address:**
PAUL SLOAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 0846-0033
Owner Name: EVERETT REALTY LLC
Property Address: - 200 PARK AVE, NEW YORK NY 10166-0005, NEW YORK COUNTY
Owner Address: 550 MAMARONECK AVE, HARRISON NY 10528-1634, WESTCHESTER COUNTY
Total Market Value - $85,267,000
Assessed Value - $38,370,150
Land Value - $18,000,000
Improvement Value - $67,267,000
Land Size - 18,034 Square Feet
Year Built - 1925
Seller Name: EVERETT RLTY CO
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 57
Median Household Income: $0
Median Owner Occupied Home Value: $0
Average Years of Education: 6

1977 1, MIAMI FL 33181, MIAMI-DADE COUNTY (Jan 1983 - Apr 1985)
**Name Associated with Address:**
PAUL SLOAN

2366 BOWMONT DR, BEVERLY HILLS CA 90210-1809, LOS ANGELES COUNTY ( 1983 - Apr 1985)
**Name Associated with Address:**
PAUL SLOAN
**Current Residents at Address:**
JERI J WEISS
JERRI WISE
310-271-9101 - PDT WEISS GERALDINE J
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 4388-013-033
Owner Name: GERALDINE J WEISS
Property Address: - 2366 BOWMONT DR, BEVERLY HILLS CA 90210-1809, LOS ANGELES COUNTY
Owner Address: 2366 BOWMONT DR, BEVERLY HILLS CA 90210-1809, LOS ANGELES COUNTY
Subdivision Name - 8841
Assessed Value - $556,118
Land Size - 9,801 Square Feet

Comprehensive Report

Comprehensive Report

      Year Built - 1961
      Legal Description - TRACT # 8841 SW 65 FT MEASURED AT R/A TO SW LINE OF LOT 9
      Data Source - A
**Neighborhood Profile (2010 Census)**
      Average Age: 47
      Median Household Income: $204,840
      Median Owner Occupied Home Value: $1,000,000
      Average Years of Education: 15

83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY (Jan 1983)
  **Name Associated with Address:**
      PAUL SLOAN
        **Current Residents at Address:**
      MOHAMMED MOHAMMED RAFIQUE
      MOHAMMED RAFIQUE
      JOBAIBA GULSANARA
      TAYABUR RAHMAN
      TINA DIPOL
      MEHBUBA ALAM
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 09-00397-04-00011
      Book - 7941
      Page - 1416
      Owner Name: RAFIQUE MOHAMMED
      Property Address: 83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY
      Owner Address: 83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY
      Sale Date - 07/28/2005
      Sale Price - $190,000
      Land Usage - SFR
      Total Market Value - $149,579
      Assessed Value - $138,600
      Land Value - $51,802
      Improvement Value - $97,777
      Land Size - 6,399 Square Feet
      Year Built - 1945
      Seller Name: MELISSA B MILLER
      Loan Amount - $152,000
      Loan Type - CONVENTIONAL
      Lender Name - QUICKEN LNS
      Data Source - A
  **Neighborhood Profile (2010 Census)**
      Average Age: 30
      Median Household Income: $48,739
      Median Owner Occupied Home Value: $182,547
      Average Years of Education: 13

950 3RD 15 FLOOR AVE, NEW YORK NY 10022, NEW YORK COUNTY (Jan 1983)
  **Name Associated with Address:**
      PAUL SLOAN
  **Neighborhood Profile (2010 Census)**
      Average Age: 44
      Median Household Income: $134,574
      Median Owner Occupied Home Value: $837,209
      Average Years of Education: 16

50 BELMONT AVE APT 1114, BALA CYNWYD PA 19004-2446, MONTGOMERY COUNTY (Jun 1970)
  **Name Associated with Address:**
      PAUL M SLOAN
      610-667-7991
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 40-00-05081-711
      Book - 5416
      Page - 1076
      Owner Name: RUTH M ELLENBOGEN
      Property Address: 50 BELMONT AVE APT 1114, BALA CYNWYD PA 19004-2446, MONTGOMERY COUNTY
      Owner Address: 50 BELMONT AVE APT 1114, BALA CYNWYD PA 19004-2446, MONTGOMERY COUNTY
      Sale Date - 05/20/2002
      Sale Price - $157,500

Comprehensive Report

Land Usage - CONDOMINIUM
Subdivision Name - SUTTON TERRACE CONDO
Assessed Value - $118,290
Land Size - 1,303 Square Feet
Year Built - 1960
Seller Name: MICHELLE T ELLENBOGEN
Legal Description - CONDO 1114
Loan Amount - $118,125
Loan Type - CONVENTIONAL
Lender Name - WASHINGTON MUTUAL BK FA
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 60
Median Household Income: $116,772
Median Owner Occupied Home Value: $401,613
Average Years of Education: 16


**Bankruptcies:**
Date Filed: 08/19/1994   Chapter: 7   Disposition Date: 12/27/1994   Disposition: Discharged
Filing Status: INDIVIDUAL
Case Number: 9440763   Court Location: CALIFORNIA CENTRAL - WOODLAND HILLS

Debtor:   PAUL SLOAN

 SSN:  162-30-xxxx

Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS CA 91367-3117



Debtor is self-represented: No
Liabilities:       Assets:

 Attorney:   PLOTKIN RAPOPORT AND NAHMIAS
 FEIN:  95-3513220
 Attorney Address: 16633 VENTURA BLVD, ENCINO CA 91436-1801
 Attorney Phone Number: 818-906-1600 - PDT

 Attorney:   GARY A PLOTKIN

 SSN:  372-34-xxxx
 Attorney Address: 16633 VENTURA BLVD, ENCINO CA 91436-1801
 Attorney Phone Number: 818-906-1600 - PDT

Judge Assigned: AG
 Creditors Meeting Date: 09/21/1994
Creditors Meeting Time:
Creditors Meeting Location:

Complaints Deadline:
Claims Deadline:


**Liens and Judgments:**
 Filing Number:  94881875
 Filing Type:  FEDERAL TAX LIEN
 Location:  LA COUNTY / RECORDER OF DEEDS
 State:  CA
 Original Filing Date: 5/6/1994
 Amount: $471,646
 Debtor Name: SLOAN, PAUL
 Debtor SSN: 162-30-xxxx
 Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS CA 91367-3117
 Debtor Name: SLOAN, GLORIA
 Debtor SSN:
 Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS CA 91367-3117
 Creditor: IRS

Comprehensive Report

Filing Number:  94881876
Filing Type:  FEDERAL TAX LIEN
Location:  LA COUNTY / RECORDER OF DEEDS
State:  CA
Original Filing Date: 5/6/1994
Amount: $856,298
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 6041 FENWOOD AVE, WOODLAND HLS CA 91367-3117
Creditor: IRS

Filing Type:  FEDERAL TAX LIEN
State:  NY
Original Filing Date: 11/5/1993
Amount: $856,298
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 401 E 80TH ST, NEW YORK NY 10021-0655
Creditor:

Filing Number:  97148404
Filing Type:  FEDERAL TAX LIEN RELEASE
Book/Page:  17590/3298
Location:  DADE COUNTY CIRCUIT COURT
State:  FL
Original Filing Date: 10/20/1993
Release Date:  4/7/1997
Amount: $416,166
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 1977 NE 119TH RD, NORTH MIAMI FL 33181-3319
Creditor: IRS

Filing Number:  97R148404
Filing Type:  FEDERAL TAX LIEN RELEASE
Book/Page:  17590/3298
Location:  DADE COUNTY CIRCUIT COURT
State:  FL
Original Filing Date: 10/20/1993
Release Date:  3/30/1997
Amount: $416,166
Debtor Name: SOLAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 1977 NW 119 RD, NORTH MIAMI FL 33181
Creditor: IRS

Filing Type:  FEDERAL TAX LIEN
State:  NY
Original Filing Date: 4/25/1990
Amount: $475,993
Debtor Name: SLOAN, PAUL
Debtor SSN: 162-30-xxxx
Debtor Address: 401 E 80TH ST, NEW YORK NY 10021-0655
Creditor: UNION CHELSEA NAT BANK


**UCC Filings:**
   [None Found]

**Phones Plus:**
   Name: SLOAN, PAUL
   Address: 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117
   Phone Number:  818-348-5980 - PDT
   Phone Type: Residential
   Carrier: PACIFIC BELL - (CANOGA PARK, CA)


**People at Work:**
***Maximum 50 People at Work records returned***
   Name: PAUL SLOAN

Comprehensive Report                                                                                           10

Comprehensive Report

Title: PRESIDENT
SSN: 162-30-xxxx
Company: COLEMAN FINE ARTS, LTD.
Address: 2029 CENTURY PARK STE 400, WOODLAND HILLS CA 91367
Phone:
FEIN:
Dates: Oct 1, 2001 -  Oct 14, 2014

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: INTERCHANGE CORP
Phone:
FEIN:
Dates: May 31, 2005 -  Jun 8, 2005

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: INTERCHANGE ORDINARY
Phone:
FEIN:
Dates: May 31, 2005 -  Jun 8, 2005

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: LOCAL.COM CORP
Phone:
FEIN:
Dates: May 31, 2005 -  Jun 8, 2005

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: SILVER FINE ARTS, INC.
Address: 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117
Phone: 818-348-5980 - PDT
FEIN: 95-4815723
Dates: Sep 1, 2000 -  Jun 18, 2002

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: COLEMAN FINE ARTS , LTD.
Address: 6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117
Phone: 818-348-1553 - PDT
FEIN: 95-4704210
Dates: Sep 1, 1999 -  Jun 11, 2001

Name: PAUL SLOAN
SSN: 162-30-xxxx
Company: MANGOSOFT INC
Phone:
FEIN:
Dates: Sep 8, 1999 -  Oct 23, 2000

Name: PAUL M SLOAN
Title: DIRECTOR
SSN: 162-30-xxxx
Company: WORLDCO LLC
Phone:  - PDT
FEIN:
Dates:

**Driver´s License Information:**
    [None Found]

**Possible Properties Owned by Subject:**
    [None Found]

Comprehensive Report

**Motor Vehicles Registered To Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Associates:**
CANDICE D GURFINKEL  DOB: 11/xx/1967
547-57-xxxx issued in California  between  1/1/1979  and  12/31/1979
   **Names Associated with Associate:**
   CANDICE D VOGEL  DOB: 11/xx/1967
   547-57-xxxx issued in California  between  1/1/1979  and  12/31/1979
   C GURFINKEL  DOB: 11/xx/1967
   547-57-xxxx issued in California  between  1/1/1979  and  12/31/1979
   CADICE D GURFINKEL  DOB: 11/xx/1967
   547-57-xxxx issued in California  between  1/1/1979  and  12/31/1979
   CANDICE D D VOGEL  DOB: 11/1967
   547-57-xxxx issued in California  between  1/1/1979  and  12/31/1979
   **Active Address(es):**

   ✔ 6399 WILSHIRE BLVD STE 803, LOS ANGELES CA 90048-5711, LOS ANGELES COUNTY (May 2002 - Aug 2015)
   **Current phones listed at this address:**
      323-954-0880 - PDT GURFINKEL MARTY J
      323-951-0400 - PDT MCM PROPERTY MANAGEMENT

   **Previous And Non-Verified Address(es):**
   180 N MCCADDEN PL, LOS ANGELES CA 90004-1022, LOS ANGELES COUNTY (May 2002 - Aug 2015)
   337 N FORMOSA AVE, LOS ANGELES CA 90036-2526, LOS ANGELES COUNTY (Nov 2002 - Nov 2004)
   6399 WILSHIRE BLVD PH 2, LOS ANGELES CA 90048-5715, LOS ANGELES COUNTY (Dec 1993 -  2004)
   3711 SENDA CALMA, CALABASAS CA 91302-3066, LOS ANGELES COUNTY (Apr 1995 - Jan 2003)
   108 N FORMOSA AVE, LOS ANGELES CA 90036-2818, LOS ANGELES COUNTY (Jun 1987 - Jan 2003)
   6245 S RIMPAU BLVD, LOS ANGELES CA 90043-3727, LOS ANGELES COUNTY (Feb 2002 - May 2002)
   624 S RIMPAU BLVD, LOS ANGELES CA 90005-3841, LOS ANGELES COUNTY ( 1999 - May 2002)
   806 N MARTEL AVE APT 2, LOS ANGELES CA 90046-7560, LOS ANGELES COUNTY (Jun 1987 - Jul 1999)
   11711 GOSHEN AVE APT 3, LOS ANGELES CA 90049-6149, LOS ANGELES COUNTY (May 1992 - Oct 1992)

Comprehensive Report

DAVID A VOGEL  DOB: 9/xx/1939
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953

**Names Associated with Associate:**
DAVID EDELSTEIN VOGEL  DOB: 9/xx/1939
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953

DAVID VOGEL  DOB: 9/xx/1939
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953

DAVID EDELSTEIN VOGEL  DOB: 9/xx/1939
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953

DAVID A VOGEL  DOB: 1940
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953

DAVID VOGEL  DOB: 1940
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953
◥SSN belongs to a person reported as deceased.
DAVID A VOGEL  DOB: 9/xx/1939
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953
DAVID ALLEN VOGEL  DOB: 9/xx/1939
557-46-xxxx issued in California  between  1/1/1952  and  12/31/1953

**Active Address(es):**
✔9849 NEVADA AVE, CHATSWORTH CA 91311-4041, LOS ANGELES COUNTY (Nov 1996 - Aug 2015)
**Current phones listed at this address:**
818-882-8482 - PDT VOGEL DAVID A
818-885-8697

**Previous And Non-Verified Address(es):**
9840 NEVADA AVE, CHATSWORTH CA 91311-4040, LOS ANGELES COUNTY (Jan 2014)
4940 S WENDLER DR APT 1S, TEMPE AZ 85282-6320, MARICOPA COUNTY (Aug 2012 - Dec 2012)
4940 S WENDLER DR STE 101, TEMPE AZ 85282-6312, MARICOPA COUNTY (Aug 2012 - Sep 2012)
19545 SHERMAN WAY UNIT 64, RESEDA CA 91335-7911, LOS ANGELES COUNTY (Nov 1999 - Sep 2012)
4940 S WENDLER DR STE 1, TEMPE AZ 85282-6320, MARICOPA COUNTY (Aug 2012)

Ⓢ6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1970 - Oct 2003)
22231 SHADOW VALLEY CIR, CHATSWORTH CA 91311-1253, LOS ANGELES COUNTY (Jun 1970 - Jan 2003)
1925 CENTURY PARK E STE 1320, LOS ANGELES CA 90067-2714, LOS ANGELES COUNTY (Jun 1970 - Jan 2003)
22300 HACKNEY ST, CANOGA PARK CA 91304-3301, LOS ANGELES COUNTY (Sep 1997 - Feb 2000)

**Possible Relative Summary:**
> STEPHANIE R SLOAN , Age 52
>> JEFF SLOAN , Age 58
>>> JEFF S SLOAN  - (AKA), Age 58
>>> JEFFREY DAVID SLOAN  - (AKA), Age 58
>>> JEFF SLOAN  - (AKA)
>>> JEFF D SLOAN  - (AKA), Age 58
> Ⓓ JULIUS M SLOAN , Age 112
>> Ⓓ JULIUS M SLOAN  - (AKA), Age 103
>> Ⓓ JULES SLOAN  - (AKA)
> GLORIA SLOAN
> STEPHEN L SLOAN , Age 73
>> STEVEN L SLOAN  - (AKA), Age 73
>> STEVE FLOAN  - (AKA), Age 74
>> STEVEN L SLOAN  - (AKA), Age 73
>> STEPHEN L SLOAN  - (AKA), Age 73
>> STEPHANIE L SLOAN  - (AKA), Age 73
>> STEVE SLOAN  - (AKA), Age 73
>> STEVE SLOAN  - (AKA), Age 73
>> STEPHANIE L SLOAN  - (AKA), Age 73
>> SUSAN SLOAN , Age 70
>>> SWAN SLOAN  - (AKA), Age 70
>>> SUE SLOAN  - (AKA), Age 70
>>> SU SLOAN  - (AKA), Age 70
>> ABBE L BENOWITZ , Age 43
>>> ABBE L SLOAN  - (AKA), Age 43
>>> ABBE L BENOLOITZ  - (AKA), Age 43

Comprehensive Report

    >>>  ABBE L SLOAN  - (AKA), Age 43
  >>  STEPHANIE SLOAN , Age 73
  >>  SUSAN SLOAN
    >>>  S SLOAN  - (AKA)
    >>>  SU SLOAN  - (AKA)
  >>  DEBRA JOLIE GOLDSBOROUGH , Age 46
    >>>  DEBRA J SLOAN  - (AKA), Age 46
    >>>  DEBRA J GOLDSBOROYGH  - (AKA), Age 46
    >>>  DEBBIE J GOLDSBOROUGH  - (AKA), Age 46
    >>>  J GOLDSBOROUGH DEBBIE  - (AKA), Age 46
    >>>  DEBBIE J SLOAN  - (AKA), Age 46
  >>  PAUL SLOAN
>  JULIUS M SLOAN , Age 73
>  LILLIE SLOAN
>  **D**  PRISCILLA B SLOAN , Age 98
  >>  **D**  PRISCILLA H SLOAN  - (AKA), Age 98
  >>  **D**  P SLOAN  - (AKA), Age 98
  >>  JOHN S SLOAN
>  LISA SLOAN


**Possible Relatives:**
STEPHANIE R SLOAN  DOB: 8/xx/1963
    568-27-xxxx issued in California  between  1/1/1973  and  12/31/1974
    **Active Address(es):**

      6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Dec 2003 - Feb 2012)
      **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
        818-348-1553 - PDT SLOAN PAUL

    **Previous And Non-Verified Address(es):**
    3435 OCEAN PARK BLVD APT 107PM, SANTA MONICA CA 90405-3301, LOS ANGELES COUNTY (Oct 2008 - Aug 2015)
    612 S FLOWER ST APT 702, LOS ANGELES CA 90017-2810, LOS ANGELES COUNTY (Feb 2012 - Jan 2013)
    1099 23RD ST APT 9, SAN FRANCISCO CA 94107-3470, SAN FRANCISCO COUNTY (Jun 2004 - Jan 2012)
      **Current Residents at Address:**
        MAYNARD M CHEN
        PALOMA S SOLEDAD
        GIAMPAOLO G MARINO
        KIMBERLEE A WEBER
        JI HONG LEE
        YOON HAESANG
        CHUN GLIBERT
        STELLA CHUN
        KIM JISOO
    1786 HAIGHT ST APT 3, SAN FRANCISCO CA 94117-2823, SAN FRANCISCO COUNTY (Jan 1983 - May 2011)
      **Current Residents at Address:**
        SHAYENNE P GAMBOA
        MARK DAVID SZUMOWSKI
        JAMES REGINALD THOMPSON
    1544 9TH ST APT 3, SANTA MONICA CA 90401-2760, LOS ANGELES COUNTY (Oct 1999 - Jun 2005)
      **Current Residents at Address:**
        ROBYN L UDELL
        AUTUMN UDELL
    2248 19TH ST, SAN FRANCISCO CA 94107-2620, SAN FRANCISCO COUNTY (Jul 2002 - Aug 2004)
      **Current Residents at Address:**
        GREGORY WILLIAM BYBEE
        AMY RUTH DALTON
        GERALD WAYNE DAVIDSON
        JENNIFER ANN UHROWCZIK
        THEODORA UHROWCZIK
        415-285-3579

    2400 SAND HILL RD APT, MENLO PARK CA 94025-6941, SAN MATEO COUNTY (Mar 2003)
      **Current Residents at Address:**
        CYNTHIA COX
    1131 BAY ST APT C, SANTA MONICA CA 90405-1534, LOS ANGELES COUNTY (Mar 2000 - Jun 2002)
      **Current Residents at Address:**

Comprehensive Report

ROBERT A PURO
SINE SIMONSEN
40 DEER PATH DR, PORTOLA VALLEY CA 94028-8147, SAN MATEO COUNTY (Jan 1983 - Dec 2001)
650-851-4293 - PDT THOMPSON JUNE


**Possible Relative:**
JEFF SLOAN  DOB: 6/xx/1957
572-04-xxxx issued in California  between  1/1/1971  and  12/31/1971

**Names Associated with Relative:**
JEFF S SLOAN  DOB: 6/xx/1957
572-04-xxxx issued in California  between  1/1/1971  and  12/31/1971

JEFFREY DAVID SLOAN  DOB: 6/xx/1957
572-04-xxxx issued in California  between  1/1/1971  and  12/31/1971

JEFF SLOAN
JEFF D SLOAN  DOB: 6/xx/1957
572-04-xxxx issued in California  between  1/1/1971  and  12/31/1971

**Previous And Non-Verified Address(es):**
1106 2ND ST 802, ENCINITAS CA 92024-5008, SAN DIEGO COUNTY (Mar 1996 - Aug 2015)
2931 SEGOVIA WAY, CARLSBAD CA 92009-8231, SAN DIEGO COUNTY (Jun 2011)
Current Residents at Address:
BETH A CORNELSON
JOHN PAUL CORNELSON
ANNA F CORNELSON
JACOB J CORNELSON
2641 CAZADERO DR, CARLSBAD CA 92009-5811, SAN DIEGO COUNTY (Apr 2002 - Jul 2007)
Current Residents at Address:
KARIE ANN STADTMILLER
ADAM A STADTMILLER
2395 CARINGA WAY APT A, CARLSBAD CA 92009-6399, SAN DIEGO COUNTY (Mar 1996 - Oct 2005)
Current Residents at Address:
GWENDOLYN NATASCHA HARTHOORN
SALVADOR CORRAL JR
KELLY ANN RUSTHOVEN
7155 TUXEDO RD, SAN DIEGO CA 92119-1213, SAN DIEGO COUNTY (Apr 1978 - Jan 2003)
Current Residents at Address:
FRANCINA THOMPSON HESTER
DANIEL JOSEPH MURPHY
JASMINE S HESTER
HENRY OKRAKU
3841 COLINA DORADA DR APT 104, SAN DIEGO CA 92124-2852, SAN DIEGO COUNTY (Aug 1992 - May 1997)
10573 W PICO BLVD, LOS ANGELES CA 90064-2333, LOS ANGELES COUNTY (Aug 1986 - May 1992)
2887 N GREEN VALLEY PKWY APT, HENDERSON NV 89014-0403, CLARK COUNTY (Jul 1990 - Dec 1990)
5015 N 7TH ST APT 5203, PHOENIX AZ 85014-3102, MARICOPA COUNTY (Jan 1990 - Dec 1990)
26 BELLE AVE APT D, SAN ANSELMO CA 94960-2839, MARIN COUNTY (Jan 1988 - Dec 1990)
Current Residents at Address:
BARBARA E GLOISTEIN
GEOFFREY M GLOISTEIN


**D** JULIUS M SLOAN  DOB: 10/xx/1902 DOD:1/8/1992 Age at Death: 89 (Born 112 years ago)
183-05-xxxx issued in Pennsylvania  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**
**D** JULIUS M SLOAN  DOB: 1912 DOD:1/8/1992 Age at Death: 89 (Born 103 years ago)
183-05-xxxx issued in Pennsylvania  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**D** JULES SLOAN  DOD:1/8/1992 Age at Death: 89 (Born years ago)
183-05-xxxx issued in Pennsylvania  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
**S** 2632 LA COSTA AVE 1320, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY (Jul 1994 - Mar 2012)
**S** 401 E 80TH ST, NEW YORK NY 10075-0655, NEW YORK COUNTY (Oct 1972 - Jan 2003)
212-288-4210 - EDT DRAGOVICH STOJAN

Comprehensive Report

PICK WICK APT V1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Jan 1994 - Sep 1996)

6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Oct 1994)
    **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
        818-348-1553 - PDT SLOAN PAUL

PICKWICK APT U1, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Oct 1985 - Mar 1994)
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Oct 1972 - Feb 1994)
    **Current Residents at Address:**
        SUSAN SLOAN
        STEPHEN L SLOAN
1 U PICKWICK APTS, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Jan 1983 - Apr 1986)
207 LAUREL RD APT, VOORHEES NJ 08043-2317, CAMDEN COUNTY (Oct 1972)

GLORIA SLOAN
    **Previous And Non-Verified Address(es):**

6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (May 1994 - Jun 1994)
    **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
        818-348-1553 - PDT SLOAN PAUL


STEPHEN L SLOAN  DOB: 10/xx/1941
166-34-xxxx issued in Pennsylvania  between  1/1/1959  and  12/31/1961
**Names Associated with Relative:**
STEVEN L SLOAN  DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania  between  1/1/1959  and  12/31/1961
STEVE FLOAN  DOB: 1941
    166-34-xxxx issued in Pennsylvania  between  1/1/1959  and  12/31/1961
STEVEN L SLOAN  DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
STEPHEN L SLOAN  DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
STEPHANIE L SLOAN  DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania  between  1/1/1959  and  12/31/1961
STEVE SLOAN  DOB: 10/xx/1941
    166-34-xxxx issued in Pennsylvania  between  1/1/1959  and  12/31/1961
STEVE SLOAN  DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
STEPHANIE L SLOAN  DOB: 10/xx/1941
    177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
**Previous And Non-Verified Address(es):**
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Oct 1972 - Aug 2015)
    **Current Residents at Address:**
        SUSAN SLOAN
        STEPHEN L SLOAN
        609-667-8191


6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Sep 2009)
    **Current Residents at Address:**
        PAUL M SLOAN
        BOBBI HELEN SLOAN
    **Current phones listed at this address:**
        818-348-1553 - PDT SLOAN PAUL
        609-667-8191

1 LN, CHERRY HILL NJ 08002, CAMDEN COUNTY (Aug 2003 - Apr 2004)

2632 LA COSTA AVE 1320, CARLSBAD CA 92009-7324, SAN DIEGO COUNTY (Aug 1995 - Jan 2003)
219 BERLIN RD APT 207, CHERRY HILL NJ 08034-3571, CAMDEN COUNTY (May 1993 - Jan 2003)
        856-667-8191

44B 1/2 CENTRAL AVE, CALDWELL NJ 07006-4804, ESSEX COUNTY (Dec 1999)
    **Current Residents at Address:**
        KENNETH O BENOWITZ
1 WILLIAM ST APT, NEW YORK NY 10004-2595, NEW YORK COUNTY (Jan 1983)
    **Current Residents at Address:**

Comprehensive Report

GIANCARLO BAIOCCHI
EDUARDO E BOMBIERI
INTESA SPA
HAROLD SETH POSTER
ROBERT L POSTER
GIANCARLO RANZINI
MARY C SEEGER
MASSIMO FIORE
A COTTA
MARCO CASTAGNA
7558 SHERWOOD RD, PHILADELPHIA PA 19151-2115, PHILADELPHIA COUNTY (Oct 1972)
    **Current Residents at Address:**
        ALFREDA D MOORE
1 N 2ND ST, MILLVILLE NJ 08332-6509, CUMBERLAND COUNTY
    **Current Residents at Address:**
        JOSE ROLANDO TORRES
1 DELSEA H, MILLVILLE NJ 08332, CUMBERLAND COUNTY


**Possible Relative:**
SUSAN SLOAN  DOB: 6/xx/1945
    177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
    **Names Associated with Relative:**
    SWAN SLOAN  DOB: 6/xx/1945
        177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
    SUE SLOAN  DOB: 6/xx/1945
        177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
    SU SLOAN  DOB: 6/xx/1945
        177-36-xxxx issued in Pennsylvania  between  1/1/1962  and  12/31/1963
    **Previous And Non-Verified Address(es):**
    1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Oct 1974 - Aug 2015)
        **Current Residents at Address:**
            SUSAN SLOAN
            STEPHEN L SLOAN
            856-667-8191

    219 BERLIN RD STE 207, CHERRY HILL NJ 08034-3571, CAMDEN COUNTY (Sep 1995 - Jul 2010)
    11295 BCS LS MC, NEWTON FALLS OH 44444, TRUMBULL COUNTY (Feb 1997)
    7558 SHERWOOD RD, PHILADELPHIA PA 19151-2115, PHILADELPHIA COUNTY (Oct 1972 - Apr 1974)
        **Current Residents at Address:**
            ALFREDA D MOORE

ABBE L BENOWITZ  DOB: 4/xx/1972
    152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
    **Names Associated with Relative:**
    ABBE L SLOAN  DOB: 4/xx/1972
        152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
    ABBE L BENOLOITZ  DOB: 4/xx/1972
        152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
    ABBE L SLOAN  DOB: 4/xx/1972
        162-74-xxxx issued in Pennsylvania  between  1/1/1992  and  2/9/1995
    **Previous And Non-Verified Address(es):**
    25 FOXBORO LN APT E, WEST MILFORD NJ 07480-4917, PASSAIC COUNTY (Nov 2006 - Aug 2015)
        **Current Residents at Address:**
            KENNETH O BENOWITZ
            ABBE L BENOWITZ
    44 CENTRAL AVE APT 12, CALDWELL NJ 07006-4804, ESSEX COUNTY (Jul 1996 - Jan 2012)
        973-403-7511

    44 1/2 CENTRAL AVE APT B, CALDWELL NJ 07006-4804, ESSEX COUNTY (Sep 2000 - Jan 2007)
        **Current Residents at Address:**
            JON PETER YARGER
            973-403-7511

    44B 1/2 CENTRAL AVE, CALDWELL NJ 07006-4804, ESSEX COUNTY (Jul 1998 - Nov 2006)
        **Current Residents at Address:**
            KENNETH O BENOWITZ
            973-403-7511

    44 CENTRAL AVE APT B, CALDWELL NJ 07006-4804, ESSEX COUNTY (Jul 1996 - Nov 2006)
        973-403-7511

Comprehensive Report

444 B 12 CENTRAL AVE, CALDWELL NJ 07006, ESSEX COUNTY (Nov 2003)
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Nov 1990 - Jan 2003)
   **Current Residents at Address:**
     SUSAN SLOAN
     STEPHEN L SLOAN
     856-667-8191

44 ONE HALF B CENTRAL AVE, CALDWELL NJ 07006, ESSEX COUNTY (Sep 2002 - Oct 2002)
44 HALF CENTRAL AVE APT 1, CALDWELL NJ 07006, ESSEX COUNTY (Mar 2001)
530 LINWOOD AVE, RIDGEWOOD NJ 07450-3556, BERGEN COUNTY (Jun 1995 - Mar 1996)
   **Current Residents at Address:**
     JAMES F SAPORITO
     MELINDA J WAGNER
     BENJAMIN J SAPORITO
     201-444-9737 - EDT SAPORITO JAMES M

STEPHANIE SLOAN  DOB: 10/1941
   166-34-xxxx issued in Pennsylvania  between  1/1/1959  and  12/31/1961
   **Previous And Non-Verified Address(es):**
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Jan 1983 - Jun 2001)
   **Current Residents at Address:**
     SUSAN SLOAN
     STEPHEN L SLOAN
     856-667-8191

219 BERLIN RD APT 207, CHERRY HILL NJ 08034-3571, CAMDEN COUNTY (May 1993 - May 2001)
1 DELSEA H, MILLVILLE NJ 08332, CUMBERLAND COUNTY

SUSAN SLOAN
   377-24-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
   **Names Associated with Relative:**
   S SLOAN
     377-24-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
   SU SLOAN
     377-24-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
   **Previous And Non-Verified Address(es):**
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Oct 1974 - Oct 2013)
   **Current Residents at Address:**
     SUSAN SLOAN
     STEPHEN L SLOAN
     856-667-8191

DEBRA JOLIE GOLDSBOROUGH  DOB: 8/xx/1969
   152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
   **Names Associated with Relative:**
   DEBRA J SLOAN  DOB: 8/xx/1969
     152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
   DEBRA J GOLDSBOROYGH  DOB: 8/xx/1969
     152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
   DEBBIE J GOLDSBOROUGH  DOB: 8/xx/1969
     152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
   J GOLDSBOROUGH DEBBIE  DOB: 8/xx/1969
     152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
   DEBBIE J SLOAN  DOB: 8/xx/1969
     152-74-xxxx issued in New Jersey  between  1/1/1983  and  12/31/1984
   **Active Address(es):**

✔ 3 KESTON PL, VOORHEES NJ 08043-2975, CAMDEN COUNTY (Dec 1987 - Aug 2015)
   **Current Residents at Address:**
     GEORGE V DEVENNY
     JUDSON J GOLDSBOROUGH III
     DEBRA JOLIE GOLDSBOROUGH
     856-767-2424 - EDT GOLDSBOROUGH DEBRA J

   **Previous And Non-Verified Address(es):**
103 HARVEST RD, MARLTON NJ 08053-1350, BURLINGTON COUNTY (Apr 1998 - Nov 2009)
   **Current Residents at Address:**

Comprehensive Report

MICHELLE M GRANVILLE
BRANDON A GRANVILLE
JESSICA GRANVILLE
856-988-3894

1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Feb 1988 - Mar 2001)
**Current Residents at Address:**
SUSAN SLOAN
STEPHEN L SLOAN
856-667-8191

1067 OLD FORGE RD, NEW CASTLE DE 19720-5426, NEW CASTLE COUNTY (Jun 1998)
**Current Residents at Address:**
CHARLENE A HUNTER
ANTOINETTE S HUNTER
302-325-0510 - EDT HUNTER CHARLENE

25 S CHURCH RD UNIT 72, MAPLE SHADE NJ 08052-3056, BURLINGTON COUNTY (Feb 1988 - Jun 1998)
856-667-8191

PAUL SLOAN
**Previous And Non-Verified Address(es):**
1 MERYL LN, CHERRY HILL NJ 08002-1551, CAMDEN COUNTY (Aug 1994 - Nov 1994)
**Current Residents at Address:**
SUSAN SLOAN
STEPHEN L SLOAN

JULIUS M SLOAN  DOB: 10/1941
183-05-xxxx issued in Pennsylvania between  1/1/1936  and  12/31/1951
**Previous And Non-Verified Address(es):**
6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Aug 1993 - Aug 2007)
**Current Residents at Address:**
PAUL M SLOAN
BOBBI HELEN SLOAN
818-348-1553 - PDT SLOAN PAUL

LILLIE SLOAN
**Previous And Non-Verified Address(es):**
6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (May 1993 - Aug 1993)
**Current Residents at Address:**
PAUL M SLOAN
BOBBI HELEN SLOAN
818-348-1553 - PDT SLOAN PAUL

PRISCILLA B SLOAN  DOB: 6/xx/1917 DOD:8/28/1993  (CAMDEN, NJ)  Age at Death: 76 (Born 98 years ago)
160-09-xxxx issued in Pennsylvania between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**
PRISCILLA H SLOAN  DOB: 6/xx/1917 DOD:8/28/1993  (CAMDEN, NJ)  Age at Death: 76 (Born 98 years ago)
160-09-xxxx issued in Pennsylvania  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
P SLOAN  DOB: 6/xx/1917 DOD:8/28/1993  (CAMDEN, NJ)  Age at Death: 76 (Born 98 years ago)
160-09-xxxx issued in Pennsylvania  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
110 POTTER ST FL 1, HADDONFIELD NJ 08033-1312, CAMDEN COUNTY (Mar 1993 - Mar 2003)
**Current Residents at Address:**
CHARLES A BROOKES

83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY (Jan 1983 - Dec 1992)
**Current Residents at Address:**
MOHAMMED MOHAMMED RAFIQUE
MOHAMMED RAFIQUE
JOBAIBA GULSANARA
TAYABUR RAHMAN

Comprehensive Report

TINA DIPOL
MEHBUBA ALAM
2213 RYAN S RUN E, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Apr 1984 - Dec 1992)
2213 RYANS RUN E, MAPLE SHADE NJ 08052, BURLINGTON COUNTY (Nov 1981)
733 BLACK ROCK RD, COLLEGEVILLE PA 19426-2928, MONTGOMERY COUNTY (Dec 1978)
**Current Residents at Address:**
JAMES J FABRIZIO JR
NINA A HEATON
ROBERT K HEATON
RODOLFO JOSE RODRIGUEZ
KELLY A VANDERGEEST
MARIA E RODRIGUEZ
ESMERALDA A QUINTERO
165 WINTER ST, HOLLISTON MA 01746-1739, MIDDLESEX COUNTY
**Current Residents at Address:**
NADINE L CORDON
JEFFREY T CORDON
508-429-6050 - EDT CORDON JEFFREY T


**Possible Relative:**
JOHN S SLOAN
**Previous And Non-Verified Address(es):**
110 POTTER ST APT 1, HADDONFIELD NJ 08033-1312, CAMDEN COUNTY (Apr 1993 - Oct 1993)
**Current Residents at Address:**
CHARLES A BROOKES

LISA SLOAN
**Previous And Non-Verified Address(es):**
83 CHURCHILL RD, CHERRY HILL NJ 08034-2605, CAMDEN COUNTY (Jan 1983)
**Current Residents at Address:**
MOHAMMED MOHAMMED RAFIQUE
MOHAMMED RAFIQUE
JOBAIBA GULSANARA
TAYABUR RAHMAN
TINA DIPOL
MEHBUBA ALAM


**Neighbors:**
**Neighborhood:**
6041 FENWOOD AVE, WOODLAND HILLS CA 91367-3117, LOS ANGELES COUNTY (Jun 1993 - Sep 2015)
**Residents:**
PAUL M SLOAN  DOB: 1/xx/1936
162-30-xxxx issued in Pennsylvania  between  1/1/1953  and  12/31/1956
BOBBI HELEN SLOAN  DOB: 7/xx/1942
545-56-xxxx issued in California  between  1/1/1957  and  12/31/1958
818-348-1553 - PDT SLOAN PAUL


**Address(es):**
6038 FENWOOD AVE, WOODLAND HILLS CA 91367-3115, LOS ANGELES COUNTY (Nov 2007 - Aug 2015)
**Residents:**
CLAUDINE BERNARD
BILL M KUNSTMANN  DOB: 5/xx/1960
223-96-xxxx issued in Virginia  between  1/1/1973  and  12/31/1974

ALAN MACK LYON  DOB: 7/xx/1953
077-46-xxxx issued in New York  between  1/1/1969  and  12/31/1970
MICHELLE E FELICESTEELE  DOB: 3/xx/1976
525-77-xxxx issued in New Mexico  between  1/1/1988  and  12/31/1989

6050 FENWOOD AVE, WOODLAND HILLS CA 91367-3115, LOS ANGELES COUNTY (Jul 1988 - Aug 2015)
LILLIAN J GILL  DOB: 4/xx/1930
560-40-xxxx issued in California  between  1/1/1936  and  12/31/1951
818-883-0736 - PDT GILL JOHN

**Neighborhood:**
401 E 80TH ST APT 22G, NEW YORK NY 10075-0652, NEW YORK COUNTY (Apr 1990 - Apr 2009)

Comprehensive Report

**Address(es):**
401 E 80TH ST APT 22B, NEW YORK NY 10075-0652, NEW YORK COUNTY (May 1998 - Aug 2015)
   **Residents:**
      BRUCE A MARKOWITZ  DOB: 12/xx/1963
        055-60-xxxx issued in New York  between  1/1/1977  and  12/31/1978
      VANESSA R SEIDMAN
        123-56-xxxx issued in New York  between  1/1/1975  and  12/31/1976
      BRANDON MARKOWITZ

401 E 80TH ST APT 22C, NEW YORK NY 10075-0652, NEW YORK COUNTY (Oct 2006 - Aug 2015)
   **Residents:**
      HELEN A MULLEN
        458-47-xxxx issued in Texas  between  1/1/1979  and  12/31/1980
      TIMOTHY M JOHNSON  DOB: 10/xx/1969
        109-68-xxxx issued in New York  between  1/1/1984  and  12/31/1986
      KRISTIN A BRODERICK  DOB: 3/xx/1970
        490-76-xxxx issued in Missouri  between  1/1/1977  and  12/31/1977
      MARY BRODERICK