B

Aug-22-07   10:28am   From-Teplitsky Colson LLP               4163657765          T-353   P.003/022   F-191

Court No. 2002-4824 (IT) G

**TAX COURT OF CANADA**

In re the Income Tax Act, R.S.C. 1985, c. 1 (5th Supp.)

B E T W E E N:

JEFFREY SACKMAN

Appellant

- and –

HER MAJESTY THE QUEEN

Respondent

**<u>AMENDED</u> NOTICE OF APPEAL**

A.   **STATEMENT OF FACTS**

1.   The appellant appeals from a reassessment for his 2000 taxation year which bears a date of mailing of May 17, 2002 and the serial number 2142327.

2.   The appellant served a notice of objection to the reassessment dated July 26, 2002, sent by registered mail on July 29, 2002.

3.   More than 90 days have elapsed after the service of the appellant's notice of objection and the Minister has not notified the taxpayer that the Minister has vacated or confirmed the reassessment or reassessed.

4.   The appellant accordingly appeals to this Honourable Court pursuant to paragraph 169(1)(b) of the Income Tax Act, R.S.C., 1985, c.1 (5th Supp. (the "Act").

5.   In his 2000 taxation year, the appellant donated works of art to a number of registered charities and received receipts which valued the donations at $<u>771,262.60</u> pursuant to paragraph 118.1(2)(a) of the Act.

6.   The works of art donated by the appellant were purchased by him in 1999 and 2000.

- 2 -

6(a).   At material times the Canada Revenue Agency ("CRA") published administrative policy and bulletins about the procedure to be followed with respect to donations and charitable gifts (the "CRA Publications").

6(b).   The appellant followed precisely and relied upon the CRA Publications.

6(c).   The CRA has a long history of accepting valuations from certified professional appraisers in allowing such deductions.

6(d).   The CRA Publications contained a complete code for donations and charitable gifts.

6(e).   In 1999 the CRA warned taxpayers about potential pitfalls in charitable donations in one of its CRA Publications. The CRA set out a protocol to be followed, to avoid problems. The appellant fully complied.

6(f).   The CRA reassessed the appellant, notwithstanding his compliance with their publications and without any appraisal evidence of its own to suggest that the fair market value was less than claimed.

6(g).   The appellant alleges that the CRA should have amended the Act (which it ultimately did) if it wanted to stop charitable art donations. Instead it administered the "Act" to accomplish this result ignoring its own publications.

6(h).   The appellant alleges that the fair market value has always been accepted by the CRA as the retail value, where a retail market exists for the art donated. The appellant alleges that there was a retail market for the art he donated and the value in such market was at least equal to, and often greater than, the value in the receipts provided by the charities.

7.       In purchasing and donating the works of art, the appellant relied upon appraisals prepared by professional appraisers.

- 3 -

8.  Particulars of the purchase price of the works of art together with deemed proceeds of disposition and taxable capital gains, if any, are set out in Schedule "A" to this Notice of Appeal.

9.  ~~The appellant also claimed a carry forward of donations in the amount of $25,272.35 relating to works of art donated by him in the prior taxation year.~~

10.  In purchasing and donating the works of art in the prior taxation year, the appellant also relied upon appraisals prepared by professional appraisals.

11.  In the reassessment under appeal, the Minister entirely disallowed the tax credits claimed by the appellant with respect to the donation of such works of art and imposed a penalty pursuant to subsection 163(2) of the Act.

12.  Although the reassessment denied the donations claimed, it included in the appellant's income the amount of $180,631.19 in respect of taxable capital gains on the works of art donated by the appellant.

**B.   ISSUES TO BE DECIDED**

13.  There are three issues to be decided in this Appeal:

   a)  the value of the works of art donated by the appellant in 2000;

   b)  ~~the availability of a donation carry forward in the amount of $25,272.35;~~ and

   c)  if the value of the works of art donated by the appellant in 2000 was less than $771,262.60 ~~(or the carry forward was less than $25,272.35)~~, did the conduct of the appellant amount to gross negligence for the purposes of subsection 163(2) of the Act so as to permit the imposition of a penalty under that provision.

- 4 -

**C.    STATUTORY PROVISIONS AND GROUNDS RELIED UPON**

14.    The works of art in question were worth not less than $771,262.60 at the time the appellant donated them in 2000.

15.    ~~The appellant had a donation carry forward of not less than $25,272.35 in his 2000 taxation year.~~

16.    The value of the works of art was determined by the registered charities which issued receipts to the appellant and the Minister does not have jurisdiction to question the amount of the receipts claimed by the appellant.

16(a).  The appellant acted reasonably in relying upon the CRA Publications.

17.    The appellant acted reasonably in relying upon appraisals of the works of art prepared by professional appraisers.

18.    The appellant relies, inter alia, on sections 46 and 118.1 of the Act, the definition of "amount" contained in subsection 248(1) of the Act and section 3501 of the Regulations under the Act.

**D.    RELIEF SOUGHT**

19.    The appellant requests:

  a)    That the reassessment under appeal be referred back to the Minister for reassessment on the basis that the appellant in entitled to the tax credits claimed by him in respect of the donation of works of art in 2000 ~~and the $25,272.35 carry forward claimed by him~~;

  b)    In the alternative, that the taxable capital gains in the amount of $180,631.19 be reduced accordingly if the value of any of the works of art giving rise to such taxable gain is determined to be less than the amount reported by the appellant;

- 5 -

c)   In the alternative, that the penalty assessed against the appellant pursuant to subsection 163(2) be vacated;

d)   His costs of this appeal; and

e)   Such further or other relief as counsel may advise and this Honourable Court think fit.

DATED at the City of Toronto, in the Province of Ontario, this 16th day of December, 2002.   Amended at the City of Toronto, in the Province of Ontario, this 10TH day of May, 2007.

TO:   The Registrar
      Tax Court of Canada
      180 Queen Street West
      Suite 200
      Toronto, Ontario
      M5V 3L6

Teplitsky, Colson LLP
Barristers & Solicitors
200 – 70 Bond Street
Toronto, Ontario
M5B 1X3

Martin Teplitsky, QC
Tel: 416-365-9320
Fax: 416-365-7702

Per: _____

Counsel for the Appellant

Department of Justice
Ontario Regional Office
The Exchange Tower
130 King St. West
Suite 3400, Box 36
Toronto, Ontario
M5X 1K6

Perry Derksen

Tel:   416-952-1504

Counsel for the Respondent

Schedule "A" - Part I - Prints Acquired Before February 28, 2000

| Print Name | Artist | Appraisal Value * | FX ** | FMV | Proceeds *** | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Anemonies | Faulconer | $720.00 | $1.46 | $1,046.54 | $1,000.00 | $1,000.00 | $0.00 |
| Anemonies | Faulconer | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Anemonies | Faulconer | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom | D'Orazio | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom | D'Orazio | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom | D'Orazio | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom Glory | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom Glory | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom Glory | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Apple Blossom Glory | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Apples | Karwoski | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Artist and Model | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Artist and Model | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Artist and Model | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Ballet 1 (Pink) | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Ballet 1 (Pink) | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Ballet 1 (Pink) | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Ballet 2 (red) | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Ballet 2 (red) | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Ballet 2 (red) | Jonson | $950.00 | $1.46 | $1,383.49 | $1,000.00 | $1,000.00 | $0.00 |
| Beach at Brighton | Faulconer | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Beach at Brighton | Faulconer | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Beach at Brighton | Faulconer | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Beauty and the Beast | Bragg | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Beauty and the Beast | Bragg | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Beauty and the Beast | Bragg | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Belly Dancer | Pardo | $725.00 | $1.46 | $1,055.82 | $1,000.00 | $1,000.00 | $0.00 |
| Belly Dancer | Pardo | $725.00 | $1.46 | $1,055.82 | $1,000.00 | $1,000.00 | $0.00 |
| Belly Dancer | Pardo | $725.00 | $1.46 | $1,055.82 | $1,000.00 | $1,000.00 | $0.00 |

| Print Name | Artist | Appraisal Value | FX | FMV | Proceeds | AGB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Blue Bouquet | Enarud | $2,000.00 | $1.46 | $2,912.60 | $1,000.00 | $1,000.00 | $0.00 |
| Blue Bouquet | Enarud | $2,000.00 | $1.46 | $2,912.60 | $1,000.00 | $1,000.00 | $0.00 |
| Boldest Native | Knigin | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Boldest Native | Knigin | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Boldest Native | Knigin | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Boldest Native | Knigin | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Boldest Native | Knigin | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Buena Fortuna | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Buena Fortuna | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Buena Fortuna | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Buena Fortuna | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Buena Fortuna | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Butterfly Cup | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Butterfly Cup | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Butterfly Cup | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Calvary Charge | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Calvary Charge | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Calvary Charge | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Calvary Charge | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Calvary Charge | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Camelot (Knight Rider) | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Circle of Church | Rabinovich | $1,100.00 | $1.46 | $1,601.93 | $1,000.00 | $1,000.00 | $0.00 |
| Circle of Church | Rabinovich | $1,100.00 | $1.46 | $1,601.93 | $1,000.00 | $1,000.00 | $0.00 |
| Contraction | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Contraction | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Country Paradise (Eisenhower Farm) | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Country Paradise (Eisenhower Farm) | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Country Paradise (Eisenhower Farm) | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Country Paradise (Eisenhower Farm) | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Country Paradise (Eisenhower Farm) | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |

27

| Title | Artist | Capital Value | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $0.00 |
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $0.00 |
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $0.00 |
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $0.00 |
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $0.00 |
| Crossing the Divide | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $0.00 |
| Crystal (blue) | Peters | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |
| Crystal (blue) | Peters | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |
| Crystal (blue) | Peters | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |
| Crystal (blue) | Peters | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |
| Cycle II | Rosenblum | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $0.00 |
| Cycle II | Rosenblum | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $0.00 |
| Cycle III | Rosenblum | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $0.00 |
| Day on a Farm | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Day on a Farm | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Day on a Farm | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Desperado | Jonson | $875.00 | $1.46 | $1,274.26 | $1,000.00 | $0.00 |
| Desperado | Jonson | $875.00 | $1.46 | $1,274.26 | $1,000.00 | $0.00 |
| Desperado | Jonson | $875.00 | $1.46 | $1,274.26 | $1,000.00 | $0.00 |
| Early Morning Departure | Muller, Dodi | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Emergence | Laventhol | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $0.00 |
| Fall Ferns | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |
| Fall Ferns | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |
| Fall Ferns | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $0.00 |

iii

| Painting Name | Artist | Appraisal Value ? | FXV?,C | FMV? | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Falling in Love | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Falling in Love | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Falling in Love | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Falling in Love | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Fan Figuration | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Fan Figuration | Peters | $700.00 | $1.46 | $1,018.41 | $1,000.00 | $1,000.00 | $0.00 |
| Fan Figuration | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Fan Figuration | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Geese In Flight | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Geese In Flight | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Geese In Flight | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Gold Field 1905 | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Gold Field 1905 | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Gold Field 1905 | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Grand Canyon Suite II | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Grand Canyon Suite II | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Grand Canyon Suite II | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Grand Canyon Suite II | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Grand Canyon Suite II | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Green Winged Teal | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Green Winged Teal | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Green Winged Teal | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Guilty-Objection Overruled | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Guilty-Objection Overruled | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Head & Upper Torso | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Head & Upper Torso | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Head & Upper Torso | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Herbs on Pink Background | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Herbs on Pink Background | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Herbs on Pink Background | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Herbs on Pink Background | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Herbs on Pink Background | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |

| Fund/Bond Name | Artist | Adjusted Cost Value | Per Unit | FMV | Proceeds of Disp (ACB) | Total ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Heroes | Brusca | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Heroes | Brusca | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Heroes | Brusca | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Imaginary Triangle | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Imaginary Triangle | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Impressions | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Impressions | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Impressions | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| In the Clear | Knigin | $78.00 | $1.46 | $113.59 | $1,000.00 | $1,000.00 | $0.00 |
| In the Clear | Knigin | $78.00 | $1.46 | $113.59 | $1,000.00 | $1,000.00 | $0.00 |
| In the Clear | Knigin | $78.00 | $1.46 | $113.59 | $1,000.00 | $1,000.00 | $0.00 |
| In the Clear | Knigin | $78.00 | $1.46 | $113.59 | $1,000.00 | $1,000.00 | $0.00 |
| Infinitive | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Infinitive | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Infinitive | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Interchange | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Interchange | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Interchange | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Interchange | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Island Woman | Aziz | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Island Woman | Aziz | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Johnny Jump Up | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Johnny Jump Up | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Johnny Jump Up | Faulconer | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Kahlua Lark - Horse and Dog | McLean, Richard | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Kahlua Lark - Horse and Dog | McLean, Richard | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Kahlua Lark - Horse and Dog | McLean, Richard | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Le Bistro | Aziz | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Le Bistro | Aziz | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |

79

| Print Name | Last Artist | Appraisal Value | FX | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Le Bistro | Azuz | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Looking for Strays | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Looking for Strays | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Looking for Strays | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Mount Shasta | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Mount Shasta | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Mount Shasta | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Nocturne | Bragg | $1,400.00 | $1.46 | $2,038.82 | $1,000.00 | $1,000.00 | $0.00 |
| Nocturne | Bragg | $1,400.00 | $1.46 | $2,038.82 | $1,000.00 | $1,000.00 | $0.00 |
| Nocturne | Bragg | $1,400.00 | $1.46 | $2,038.82 | $1,000.00 | $1,000.00 | $0.00 |
| Oh for a Horse | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Oh for a Horse | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Oh for a Horse | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Oh for a Horse | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| On the Spanish Trail | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| On the Spanish Trail | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| On the Spanish Trail | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| On the Spanish Trail | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Pansies | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Pansies | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Pansies | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Pansies | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Pansies | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Pansies | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Paris Barge | Faulconer | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Paris Barge | Faulconer | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Peregrine | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Peregrine | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Peregrine | Forrest | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Pinwheel | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Pinwheel | Peters | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |

| Print Title | Artist | Appraisal Value | FX | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Portrait of an Old Flyer | Clift | $900.00 | $1.46 | $1,310.67 | $1,000.00 | $1,000.00 | $0.00 |
| Ready CB | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Ready CB | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Ready CB | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Red Ferns | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Red Ferns | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Reflected Landscape | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Reflected Landscape | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Reflected Landscape | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Reflected Landscape | Simon | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Santa Margharita | Ensrud | $2,000.00 | $1.46 | $2,912.60 | $1,000.00 | $1,000.00 | $0.00 |
| Santa Margharita | Ensrud | $2,000.00 | $1.46 | $2,912.60 | $1,000.00 | $1,000.00 | $0.00 |
| Satin Doll | McLean, Richard | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Anger | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Anger | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Anger | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Envy | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Envy | Bragg | $1,200.00 | $1.46 | $1,747.56 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Gluttony | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Gluttony | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Gluttony | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Greed | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Greed | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Lust | Bragg | $1,100.00 | $1.46 | $1,601.93 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Lust | Bragg | $1,100.00 | $1.46 | $1,601.93 | $1,000.00 | $1,000.00 | $0.00 |

| Title | Name | Appraised Value | | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Seven Deadly Sins - Lust | Bragg | $1,100.00 | $1.46 | $1,601.93 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Vanity | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Seven Deadly Sins - Vanity | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Sienna | Carter Clarence | $765.00 | $1.46 | $1,114.07 | $1,000.00 | $1,000.00 | $0.00 |
| Sienna | Carter Clarence | $765.00 | $1.46 | $1,114.07 | $1,000.00 | $1,000.00 | $0.00 |
| Sienna | Carter Clarence | $765.00 | $1.46 | $1,114.07 | $1,000.00 | $1,000.00 | $0.00 |
| Skier | Jonson | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Skier | Jonson | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Skier | Jonson | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Skiing II | Schaare | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Bouquet | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Bouquet | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Bouquet | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Bouquet | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Bouquet | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Hope - Robins Eggs | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Hope - Robins Eggs | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Spring Hope - Robins Eggs | Faulconer | $750.00 | $1.46 | $1,092.23 | $1,000.00 | $1,000.00 | $0.00 |
| Springtime in Gettysburg | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Springtime in Gettysburg | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Springtime in Gettysburg | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| Springtime in Gettysburg | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |

viii

| Print Name | Artist | Appraisal Value | FX | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Springtime in Gettysburg | Ameche | $745.00 | $1.46 | $1,084.94 | $1,000.00 | $1,000.00 | $0.00 |
| State 2 Mohawk | Meinck | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| State 2 Mohawk | Meinck | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Sweet Violet - Rose/Flower | Brusca | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Sweet Violet - Rose/Flower | Brusca | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Sweet Violet - Rose/Flower | Brusca | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| Sweet Violet - Rose/Flower | Brusca | $700.00 | $1.46 | $1,019.41 | $1,000.00 | $1,000.00 | $0.00 |
| The Blacksmith Shop | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| The Blacksmith Shop | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| The Blacksmith Shop | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| The Blacksmith Shop | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| The Blacksmith Shop | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| The Chess Player | Bragg | $1,200.00 | $1.46 | $1,747.55 | $1,000.00 | $1,000.00 | $0.00 |
| The Chess Player | Bragg | $1,200.00 | $1.46 | $1,747.55 | $1,000.00 | $1,000.00 | $0.00 |
| The Eighth Day | Bragg | $1,200.00 | $1.46 | $1,747.55 | $1,000.00 | $1,000.00 | $0.00 |
| The Eighth Day | Bragg | $1,200.00 | $1.46 | $1,747.55 | $1,000.00 | $1,000.00 | $0.00 |
| The Eighth Day | Bragg | $1,200.00 | $1.46 | $1,747.55 | $1,000.00 | $1,000.00 | $0.00 |
| The Music Lesson | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| The Music Lesson | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| The Music Lesson | Bragg | $1,000.00 | $1.46 | $1,456.30 | $1,000.00 | $1,000.00 | $0.00 |
| Veternarian | Bragg | $1,500.00 | $1.46 | $2,184.45 | $1,000.00 | $1,000.00 | $0.00 |
| Waiting for the new arrival | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Waiting for the new arrival | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Waiting for the new arrival | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Waiting for the new arrival | Purcell | $850.00 | $1.46 | $1,237.86 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |

Aug-22-07   10:32am   From-Teplitsky Colson LLP                    4163657765          T-353   P.017/022   F-191

| Print Name | Last Artist | Appraised Value | FX ** | FMV *** | Proceeds *** | ACB *** | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Willowbrook Road | Christiansen | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Winter | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Winter | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Winter | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Winter | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Winter | Amache | $720.00 | $1.46 | $1,048.54 | $1,000.00 | $1,000.00 | $0.00 |
| Woman Playing a Poppin | Knigin | $750.00 | $1.46 | $1,082.23 | $1,000.00 | $1,000.00 | $0.00 |
| Woman Playing a Poppin | Knigin | $750.00 | $1.46 | $1,082.23 | $1,000.00 | $1,000.00 | $0.00 |
| Woman Playing a Poppin | Knigin | $750.00 | $1.46 | $1,082.23 | $1,000.00 | $1,000.00 | $0.00 |
| Writing Box | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Writing Box | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Writing Box | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Writing Box | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Writing Box | Faulconer | $800.00 | $1.46 | $1,165.04 | $1,000.00 | $1,000.00 | $0.00 |
| Your Witness | Bragg | $1,050.00 | $1.46 | $1,528.12 | $1,000.00 | $1,000.00 | $0.00 |
| **TOTAL** | | | | | $300,000.00 | | $0.00 |

* U.S. Dollars
** Foreign Exchange Rate
*** Amount Elected Pursuant to Subsection 118.1(B) of the Act

2

## Schedule "A" - Part II - Prints Acquired After February 27, 2000

| Print Name | Artist | Appraisal Value | FX | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Litho 'Rainbow Reef' | BraggCL | $5,800.00 | $1.5293 | $8,869.94 | $8,869.94 | $1,439.72 | $3,715.11 |
| Litho 'Nature morte sur gueridon' | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho 'Portrait of Olga Picasso' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'By Appointment' | BraggCharles | $1,600.00 | $1.5293 | $2,446.88 | $2,446.88 | $397.16 | $1,024.86 |
| Litho 'Anesthesia 1848' | BraggCharles | $1,500.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Justice Department, Retroactive Division' | BraggCharles | $1,500.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Les fils de l'artiste (enfant dejeunant)' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Night Vision' | BraggCL | $4,000.00 | $1.5293 | $6,117.20 | $6,117.20 | $992.91 | $2,562.15 |
| Litho 'Antique Ambulance' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $896.75 |
| Litho 'Marc Chagall' | Picasso | $1,200.00 | $1.5293 | $1,835.16 | $1,835.16 | $297.87 | $768.64 |
| Litho 'Chevalier en armure, page et femme nue' | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho 'Femme assise dans un fauteuil tresse' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Rainbow Reef' | BraggCL | $5,800.00 | $1.5293 | $8,869.94 | $8,869.94 | $1,439.72 | $3,715.11 |
| Litho 'Sleeper II' | BraggCL | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho 'Tete de morte, lampe cruches et poireaux' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Tete de morte, lampe cruches et poireaux' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Tete de morte, lampe cruches et poireaux' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,473.23 |
| Litho 'Nature morte au verre' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Nature morte au verre' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Nature morte au verre' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Portrait d'un homme debout avec barbiche' | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $521.28 | $1,345.13 |
| Litho 'Portrait d'un homme debout avec barbiche' | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $521.28 | $1,345.13 |
| Litho 'Portrait d'un homme debout avec barbiche' | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $621.28 | $1,345.13 |
| Litho 'And He Saw that it was good (manbaby)' | BraggCharles | $1,500.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'And He Saw that it was good (manbaby)' | BraggCharles | $1,600.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Rainbow Reef' | BraggCL | $5,800.00 | $1.5293 | $8,869.94 | $8,869.94 | $1,439.72 | $3,715.11 |
| Litho 'The Perfect Couple(golfers)' | BraggCharles | $1,300.00 | $1.5293 | $1,988.09 | $1,988.09 | $322.70 | $832.70 |

xii

| Print Name | Actual | Appraisal Value | FX | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Litho 'Tete de morte, lampe cruches et poireaux' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Cosmic Dance' | BraggCL | $2,800.00 | $1.5293 | $4,282.04 | $4,282.04 | $695.04 | $1,793.50 |
| Litho 'Justice Department, Retroactive Division' | BraggCharles | $1,500.00 | $1.5293 | $2,293.85 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Les fils de l'artiste (enfant dejeunant)' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Psychiatrist' | BraggCharles | $1,500.00 | $1.5293 | $2,293.95 | $2,293.85 | $372.34 | $960.80 |
| Litho 'The Emperor Takes a Leak 2' | BraggCL | $1,200.00 | $1.5293 | $1,835.16 | $1,835.16 | $297.87 | $768.64 |
| Litho 'Jungle Story' | BraggCL | $4,800.00 | $1.5293 | $7,340.84 | $7,340.84 | $1,191.49 | $3,074.58 |
| Litho 'The Fifth Day' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $898.75 |
| Litho 'The Jury' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $898.75 |
| Litho 'The Klondike Bar and Grill' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $896.75 |
| Litho 'Cultured Cat' | BraggCL | $2,600.00 | $1.5293 | $3,976.18 | $3,976.18 | $645.39 | $1,665.39 |
| Litho 'Chevalier en armure, page et femme nue' | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho 'African Watering Hole' | BraggCL | $6,300.00 | $1.5293 | $9,634.59 | $9,634.59 | $1,563.83 | $4,035.38 |
| Litho 'Rainbow Reef' | BraggCL | $5,800.00 | $1.5293 | $8,869.94 | $8,869.94 | $1,439.72 | $3,715.11 |
| Litho 'Don Quixote(on horse)' | BraggCharles | $1,300.00 | $1.5293 | $1,988.09 | $1,988.09 | $322.70 | $832.70 |
| Litho 'Anesthesia 1848' | BraggCharles | $1,500.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Viking' | BraggCharles | $1,200.00 | $1.5293 | $1,835.16 | $1,835.16 | $297.87 | $768.64 |
| Litho 'Morning (1st edition)' | BraggCL | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho 'The Emperor Takes a Leak' | BraggCL | $1,500.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Song of the Sea' | BraggCL | $5,000.00 | $1.5293 | $7,646.50 | $7,646.50 | $1,241.13 | $3,220.68 |
| Litho 'Antique Ambulance' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $898.75 |
| Litho 'Cyrano de Bergerac' | BraggCharles | $1,200.00 | $1.5293 | $1,835.16 | $1,835.16 | $297.87 | $768.64 |
| Litho 'Marc Chagal' | BraggCharles | $1,200.00 | $1.5293 | $1,835.16 | $1,835.16 | $297.87 | $768.64 |
| Litho 'Open House' | BraggCharles | $1,300.00 | $1.5293 | $1,988.09 | $1,988.09 | $322.70 | $832.70 |
| Litho 'Legend of Aurora' | BraggCL | $5,600.00 | $1.5293 | $8,564.08 | $8,564.08 | $1,390.07 | $3,587.00 |
| Litho 'Morning (1st edition)' | BraggCL | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho 'Quatre Nus au Harem' | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho 'And He Saw that it was good (manbaby)' | BraggCharles | $1,500.00 | $1.5293 | $2,293.95 | $2,293.95 | $372.34 | $960.80 |
| Litho 'Tete de femme' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |

xii

xiii.

| Item Name | Artist | Appraisal Value | FX | FMV | Proceeds | ACB | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Litho "Portrait of Marie-Therese Walter" | Picasso | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho "Portrait of Marie-Therese Walter" | Picasso | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho "Portrait of Marie-Therese Walter" | Picasso | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho "Femme assise dans un fauteuil" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Femme assise dans un fauteuil" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Femme assise dans un fauteuil" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Jeux de page" | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho "Jeux de page" | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho "Tete de femme" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Quatre Nus au Harem" | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho "Femme au chapeau gris" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Arlequin moustache a la guitare" | Picasso | $2,000.00 | $1.5293 | $3,058.60 | $3,058.60 | $498.45 | $1,281.07 |
| Litho "Arlequin moustache a la guitare" | Picasso | $2,000.00 | $1.5293 | $3,058.60 | $3,058.60 | $498.45 | $1,281.07 |
| Litho "Femme assise dans un fauteuil tresse" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Femme assise dans un fauteuil tresse" | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho "Le Bouquet" | Picasso | $2,500.00 | $1.5293 | $3,823.25 | $3,823.25 | $620.57 | $1,601.34 |
| Litho "Le Bouquet" | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $521.28 | $1,345.13 |
| Litho "Pigeons" | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $521.28 | $1,345.13 |
| Litho "Femme debout" | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $521.28 | $1,345.13 |
| Litho "Femme debout" | Picasso | $2,100.00 | $1.5293 | $3,211.53 | $3,211.53 | $521.28 | $1,345.13 |
| Litho "Swan Song" | BraggCL | $3,000.00 | $1.5293 | $4,587.90 | $4,587.90 | $744.68 | $1,921.61 |
| Litho "Quatre Nus au Harem" | Picasso | $2,200.00 | $1.5293 | $3,364.46 | $3,364.46 | $546.10 | $1,409.18 |
| Litho "Femme dans un fauteuil" | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho "Swan Song" | BraggCL | $3,000.00 | $1.5293 | $4,587.90 | $4,587.90 | $744.68 | $1,921.61 |
| Litho "Legend of Aurora" | BraggCL | $5,600.00 | $1.5293 | $8,564.08 | $8,564.08 | $1,390.07 | $3,587.00 |
| Litho "Rescue the Reef" | BraggCL | $4,800.00 | $1.5293 | $7,340.64 | $7,340.64 | $1,191.49 | $3,074.58 |
| Litho "Rescue the Reef" | BraggCL | $4,800.00 | $1.5293 | $7,340.64 | $7,340.64 | $1,191.49 | $3,074.58 |

xiii

Aug-22-07   10:34am   From-Teplitsky Colson LLP                4163657765        T-353   P.021/022   F-191

xiv.

| Print Name | Artist | Appraisal Value * | FX ** | FMV | Proceeds | ACB *** | Taxable Capital Gain |
|---|---|---|---|---|---|---|---|
| Litho 'Rescue the Reef' | BraggCL | $4,800.00 | $1.5293 | $7,340.64 | $7,340.64 | $1,191.49 | $3,074.58 |
| Litho 'Visage de femme de face' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Visage de femme de face' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Visage de femme de face' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'The Sixth Day' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $896.75 |
| Litho 'The Sixth Day' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $896.75 |
| Litho 'The Sixth Day' | BraggCharles | $1,400.00 | $1.5293 | $2,141.02 | $2,141.02 | $347.52 | $896.75 |
| Litho 'Tete de femme' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Femme dans un fauteuil' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Legend of Aurora' | BraggCL | $5,600.00 | $1.5293 | $8,564.08 | $8,564.08 | $1,390.07 | $3,587.00 |
| Litho 'Beauty and the Reef' | BraggCL | $4,500.00 | $1.5293 | $6,881.85 | $6,881.85 | $1,117.02 | $2,882.41 |
| Litho 'Beauty and the Reef' | BraggCL | $4,500.00 | $1.5293 | $6,881.85 | $6,881.85 | $1,117.02 | $2,882.41 |
| Litho 'Beauty and the Reef' | BraggCL | $4,500.00 | $1.5293 | $6,881.85 | $6,881.85 | $1,117.02 | $2,882.41 |
| Litho 'Buste de petite fille' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Buste de petite fille' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Buste de petita fille' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |
| Litho 'Song of the Sea' | BraggCL | $5,000.00 | $1.5293 | $7,646.50 | $7,646.50 | $1,241.13 | $3,202.68 |
| Litho 'Song of the Sea' | BraggCL | $5,000.00 | $1.5293 | $7,646.50 | $7,646.50 | $1,241.13 | $3,202.68 |
| Litho 'Song of the Sea' | BraggCL | $5,000.00 | $1.5293 | $7,646.50 | $7,646.50 | $1,241.13 | $3,202.68 |
| Litho 'Femme au chapeau gris' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Femme au chapeau gris' | Picasso | $2,400.00 | $1.5293 | $3,670.32 | $3,670.32 | $595.74 | $1,537.29 |
| Litho 'Femme dans un fauteuil' | Picasso | $2,300.00 | $1.5293 | $3,517.39 | $3,517.39 | $570.92 | $1,473.23 |

TOTAL    $431,282.60 $69,999.96 $180,631.19

* U.S. Dollars
** Foreign Exchange Rate
*** Converted from U.S. Dollars (FX rate of 1.5293)

163A377_LDOC

22

xiv

- 6 -

Court No. 2002-4824 (IT) G

**TAX COURT OF CANADA**

BETWEEN:

**JEFFREY SACKMAN**

Appellant

- and -

**HER MAJESTY THE QUEEN**

Respondent

---

**NOTICE OF APPEAL**

---

**TEPLITSKY COLSON LLP**
Barristers
70 Bond Street
Suite 200
Toronto, ON, M5B 1X3

**Martin Teplitsky, Q.C.**
Tel: No. (416) 365-9320
Fax:No. (416) 365-7702

Counsel for the Appellant

Aug-22-07   10:28am   From-Teplitsky Colson LLP            4163657765        T-353   P.002/022   F-191



**TEPLITSKY, COLSON** LLP
**B A R R I S T E R S**

Suite 200, 70 Bond Street
Toronto, Ontario
M5B 1X3
Telephone: (416) 365-9320
Facsimile: (416) 365-7702

**MATTHEW SOKOLSKY**
Direct Line: (416) 865-5347

August 22, 2007

**Via Facsimile Transmission**

Perry Derksen
Department of Justice
Ontario Regional Office
The Exchange Tower
130 King Street West
Suite 3400, Box 36
Toronto, Ontario  M5X 1K6

Dear Mr. Derksen:

Re:   **Sackman, Jeffrey v. H.M.Q.**
      **Court File No. 2002-4824(IT)G**
      **Our File No. 19287**

Please find enclosed our Amended Notice of Appeal, served upon you pursuant to the
*Rules of Civil Procedure*.

Yours truly,

TEPLITSKY, COLSON LLP

Matthew Sokolsky
MS/sl

Encl.