F



Tax Court of Canada                    Cour canadienne de l'impôt

Docket: 2002-4824(IT)G

BETWEEN:

JEFFREY SACKMAN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

## LETTER OF REQUEST

TO THE JUDICIAL AUTHORITIES OF the United States of America;

PROCEEDINGS ARE PENDING in this Court between the Appellant and the Respondent.

IT HAS BEEN SHOWN TO THIS COURT that it appears necessary for the purpose of justice that witnesses residing within your jurisdiction be examined there.

THIS COURT HAS ISSUED A COMMISSION to the Honourable Valerie Miller, Justice of the Tax Court of Canada in Ottawa, Ontario, providing for the examination of PAUL SLOAN in the United States. The last known address of the witness is as follows:

> Paul Sloan
> 6041 Fernwood Avenue
> Woodland Hills, CA
> 91367-3117

YOU ARE REQUESSTED in furtherance of justice, to locate and to cause PAUL SLOAN and, on consent of the parties, any other witness who may be found in your jurisdiction, to appear before the Commissioner by the means ordinarily

Page: 2

used in your jurisdiction, if necessary, to secure attendance, and to answer questions under oath or affirmation.

YOU ARE ALSO REQUESTED to permit the Commissioner to conduct the examination of the witness in accordance with the *Tax Court of Canada Rules (General Procedure)* and the Commission issued by this Court.

THIS LETTER OF REQUEST is signed and sealed by direction of the Court made on December 19th, 2012.

DATED at Ottawa, Canada, this 19th day of December 2012.

Issued by "Chantal Mrak"
CHANTAL MRAK
REGISTRAR

200 Kent Street
Ottawa, ON   K1A 0M1
Telephone: (613) 944-7758
Fax:          (613) 957-9034



I HEREBY CERTIFY that the above document is a true copy of the original issued out of the Registry of the Tax Court of Canada the 20th of December 2012.
Dated this 20th day of December 2012.

Dominique Lamoureux
For the Registrar
Tax Court of Canada