# G



Tax Court of Canada                    Cour canadienne de l'impôt

June 23, 2014

Jenna L. Clark
Department of Justice
Tax Litigation Section
Suite 3400, Box 36, 130 King Street West
Toronto, Ontario    M5X 1K6

**RECEIVED**

JUN 24 2014

DEPARTMENT OF JUSTICE
TORONTO

Dear Sir/Madam:

           RE:    Jeffrey Sackman
                   v. Her Majesty the Queen
                   2002-4824(IT)G

We enclose herewith a certified true copy of the Judgment/Order in the above-noted matter.

Yours truly,

For the Registrar

Encl.

| ADDRESS ALL COMMUNICATIONS TO THE REGISTRAR | PRINCIPAL OFFICE/BUREAU PRINCIPAL | REGIONAL OFFICE/BUREAU REGIONAL | REGIONAL OFFICE/BUREAU REGIONAL | REGIONAL OFFICE/BUREAU REGIONAL |
|---|---|---|---|---|
| ADRESSER TOUTE DEMANDE AU GREFFIER | 200 KENT STREET 200, RUE KENT OTTAWA, ONTARIO OTTAWA (ONTARIO) K1A 0M1 TEL./TÉL. : (613) 992-0901 FAX : (613) 957-9034 | 30 MCGILL STREET 30, RUE MCGILL MONTREAL, QUEBEC MONTRÉAL (QUÉBEC) H2Y 3Z7 TEL./TÉL. : (514) 283-9912 FAX : (514) 496-1996 | SUITE 200 / BUREAU 200 180 QUEEN STREET WEST 180, RUE QUEEN OUEST TORONTO, ONTARIO TORONTO (ONTARIO) M5V 3L6 TEL./TÉL. : (416) 973-9181 FAX : (416) 973-5944 | IBM TOWER / TOUR IBM SUITE 300 / BUREAU 300 701 WEST GEORGIA STREET 701, RUE WEST GEORGIA VANCOUVER, B.C. VANCOUVER (C.-B.) V7Y 1K1 TEL./TÉL. : (604) 666-7987 FAX : (604) 666-7967 |
| TEL./TÉL. : 1-800-927-5499 | | | | |

num11B_AE.doc

Tax Court of Canada  Cour canadienne de l'impôt

Docket: 2002-4824(IT)G

JEFFREY SACKMAN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.



## ORDER

At the request of Justice Valerie Miller documents related to the Appellant's Recusal Motion are to be sealed and access to these confidential documents shall be given only to the parties, their solicitors, the Registry and this Court.

The documents which are to be sealed include:

the transcript, minutes and the exhibits of the commission evidence of Paul Sloan;

written communications from the Appellant's counsel dated June 24, 2013 and June 25, 2013 regarding the Appellant's Recusal Motion;

Written Submissions by the Respondent's counsel filed with the Court on August 28, 2013 and February 13, 2014 regarding the Appellant's Recusal Motion; and

Order and Reasons for Order of Justice Valerie Miller dated March 26th, 2014 and filed at the Tax Court on March 27, 2014.

Signed at Ottawa, Canada, this 19th day of June 2014.

"V.A. Miller"
_____
V.A. Miller J.

I HEREBY CERTIFY that the above document is a true copy of the original filed of record in the registry of the Tax Court of Canada.

Je CERTIFIE que le document ci-dessus est une copie conforme à l'original déposé au greffe de la Cour canadienne de l'impôt.

Dated
Fait le       JUN 2 3 2014

For the Registrar / Pour le Greffier

Appeals Processing Clerk/Commis, Traitement des appels