H

Tax Court of Canada  Cour canadienne de l'impôt

Docket: 2002-4824(IT)G

BETWEEN:

JEFFREY SACKMAN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2011-3847(IT)G

BETWEEN:

DARIUS KNIGHT,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1068(IT)G

BETWEEN:

QAMRUL SIDDIQI,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1082(IT)G

BETWEEN:

DAVID COOK,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

- 2 -

Docket: 2012-1083(IT)G

BETWEEN:

JENNIE COOK,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1181(IT)G

BETWEEN:

SHELDON NADEL,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

Docket: 2012-1388(IT)G

BETWEEN:

MEL MEKINDA,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1508(IT)G

BETWEEN:

JORDAN L. BENJAMIN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

- 3 -

Docket: 2012-1510(IT)G

BETWEEN:

MICHAEL BENJAMIN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-674(IT)G

BETWEEN:

DAVID MacDONALD,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-675(IT)G

BETWEEN:

CHARLES GOLDBERG,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-698(IT)G

BETWEEN:

MONIQUE FITCH,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

- 4 -

Docket: 2012-700(IT)G

BETWEEN:

STEPHEN FITCH,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-754(IT)G

BETWEEN:

WILLIAM KAUL,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-938(IT)G

BETWEEN:

JOHN VARGHESE,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-940(IT)G

BETWEEN:

NAJMUL SIDDIQUI,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-941(IT)G

- 5 -

BETWEEN:

SHELDON MENDLOWITZ,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2013-1882(IT)G

BETWEEN:

IAN ROHER,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

Case management heard by telephone conference call on December 21, 2015
By: The Honourable E.P. Rossiter, Chief Justice

Participants:

Counsel for the Appellants:	Matthew Sokosky
Adam Brunswick
Irving Marks

Counsel for the Respondent:	Jenna Clark
Amit Ummat

## ORDER

UPON the Respondent's request for an Order to attend for the completion of the Commission to gather the evidence of a party outside of Canada, more particularly, Paul Sloan, who resides in Woodland Hills, California;

- 6 -

AND UPON hearing the submissions of counsel for both parties on December 21, 2015;

AND UPON the parties having requested the issuance of a Commission;

IT IS ORDERED that:

1. The evidence of the witness, Paul Sloan, residing at 6041 Fenwood, Woodland Hills, California, U.S.A., 91425, shall be taken on February 11, 2016 at 9:00 a.m. (PST), in Los Angeles, California U.S.A. at a specific location being arranged by the Respondent with the Tax Court of Canada and the Appellants being advised of the location forthwith;

2. The Respondent is required to pay attendance money to Paul Sloan fixed in the amount of US$50 per day, plus reasonable and proper transportation expenses; and

3. The Registrar shall prepare and issue, for use at the hearing, a commission naming a Commissioner to take the evidence of the witness, Paul Sloan, in Los Angeles, California, U.S.A., or at such other place in California as the Court may direct.

IT IS FURTHER ORDERED that:

4. All expenses associated with taking the Commission Evidence be borne by the Respondent and paid in accordance with this Order;

5. All expenses incurred by the Appellant are to be reimbursed by the Respondent within 30 days of receipt of a statement of expenses;

6. All expenses incurred by the Court are to be reimbursed by the Respondent within 30 days of receipt of a statement of expenses;

7. The Respondent shall deposit with the Tax Court of Canada, on or before January 11, 2016, the sum of Cdn. $5,000.00, resulting in the total sum of $30,000 being held as security for the Court's expenses.

- 7 -

AND IT IS FURTHER ORDERED that:

8. All parties shall provide to the other parties a list comprising the names, addresses and telephone numbers of each of their potential witnesses, together with a "will say" statement of each potential witness no later than February 1, 2016.

9. The parties shall file a joint list of documents, which shall set out the documents which will be entered into evidence at trial, on consent, no later than February 1, 2016, together with copies of said documents.

10. The parties are to submit to the other party and file a list of documents that they intend to introduce at trial but that the other party(ies) do not consent to no later than February 1, 2016.

11. Requests to Admit and Responses thereto shall be filed and served not later than February 1, 2016.

12. The parties shall exchange expert reports and file sealed copies of any expert reports with the Tax Court of Canada, if any, not later than May 31, 2016. Any rebuttal reports shall be exchanged and filed in a sealed envelope with the Tax Court of Canada not later than thirty days following receipt of the expert report;

13. A Partial Agreed Statement of Facts, if any, shall be filed with the Court not later than May 31, 2016.

14. The hearing of this appeal shall take place before this Court at the Tax Court of Canada, Federal Judicial Centre, 180 Queen Street West, 6th Floor, Toronto, Ontario, over a period of four weeks, scheduled as follows:

a. Commencing at 9:30 a.m. on Tuesday, October 11, 2016 and continuing on October 13 and 14, 2016 for a period of three days;

b. Continuing at 9:30 a.m. on Tuesday, October 18, 2016 for a period of four days;

- 8 -

c.  Continuing at 9:30 a.m. on Tuesday, November 1, 2016 for a period of three days; and

d.  Continuing at 9:30 a.m. on Tuesday, November 7, 2016 for a period of four days.

The Orders dated July 15, 2015 and Amended Order of July 15, 2015 of the Court are hereby vacated.

Signed at Ottawa, Canada 22nd day of December, 2015.

                "E.P. Rossiter"
                Rossiter C.J.