I



Tax Court of Canada                    Cour canadienne de l'impôt

Docket: 2002-4824(IT)G

BETWEEN:

JEFFREY SACKMAN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2011-3847(IT)G

BETWEEN:

DARIUS KNIGHT,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1068(IT)G

BETWEEN:

QAMRUL SIDDIQI,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1082(IT)G

BETWEEN:

DAVID COOK,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 2

Docket: 2012-1083(IT)G

BETWEEN:

JENNIE COOK,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1181(IT)G

BETWEEN:

SHELDON NADEL,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

Docket: 2012-1388(IT)G

BETWEEN:

MEL MEKINDA,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1508(IT)G

BETWEEN:

JORDAN L. BENJAMIN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 3

Docket: 2012-1510(IT)G

BETWEEN:

MICHAEL BENJAMIN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-674(IT)G

BETWEEN:

DAVID MacDONALD,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-675(IT)G

BETWEEN:

CHARLES GOLDBERG,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-698(IT)G

BETWEEN:

MONIQUE FITCH,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 4

Docket: 2012-700(IT)G

BETWEEN:

STEPHEN FITCH,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-754(IT)G

BETWEEN:

WILLIAM KAUL,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-938(IT)G

BETWEEN:

JOHN VARGHESE,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-940(IT)G

BETWEEN:

NAJMUL SIDDIQUI,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 5

Docket: 2012-941(IT)G

BETWEEN:

SHELDON MENDLOWITZ,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2013-1882(IT)G

BETWEEN:

IAN ROHER,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

---

DIRECTION

---

The Honourable Associate Chief Justice Lamarre;

1. This Court directs that the evidence of the witness, Paul Sloan, residing at 6041 Fenwood, Woodland Hills, California, U.S.A. 91425 may be taken at Gibson, Dunn & Crutcher, 333 South Grand Avenue, Los Angeles, California, U.S.A on February 11, 2016 at 9:00 a.m. (PST) or at such other place in California, date, and time as this Court may direct;

2. This Court directs that the Registrar prepare and issue, for use at the hearing, a commission naming the Honourable Chief Justice Rossiter as Commissioner to take the evidence of the witness, Paul Sloan, in Los Angeles, California, U.S.A.

Signed at Ottawa, Canada, this 23rd day of December 2015

"Lucie Lamarre"

Lamarre A.C.J.

EBY CERTIFY that the above document is a true
he original filed at the Registry of the Tax Court
anada. / Je CERTIFIE que le document ci-dessus
. une copie conforme à l'original déposé au greffe de
la Cour canadienne de l'impôt.

Filing date:
Date de    DEC 2 9 2015
dépôt:

29-12-15

Dated /       For the Registrar / Pour le Greffier
Fait le       DOMINIQUE LAMOUREUX
              Registry Officer / Agent du greffe