J

Tax Court of Canada  Cour canadienne de l'impôt

Docket: 2002-4824(IT)G

BETWEEN:

JEFFREY SACKMAN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2011-3847(IT)G

BETWEEN:

DARIUS KNIGHT,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1068(IT)G

BETWEEN:

QAMRUL SIDDIQI,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1082(IT)G

BETWEEN:

DAVID COOK,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 2

Docket: 2012-1083(IT)G

BETWEEN:

JENNIE COOK,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1181(IT)G

BETWEEN:

SHELDON NADEL,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

Docket: 2012-1388(IT)G

BETWEEN:

MEL MEKINDA,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-1508(IT)G

BETWEEN:

JORDAN L. BENJAMIN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 3

Docket: 2012-1510(IT)G

BETWEEN:

MICHAEL BENJAMIN,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-674(IT)G

BETWEEN:

DAVID MacDONALD,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-675(IT)G

BETWEEN:

CHARLES GOLDBERG,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-698(IT)G

BETWEEN:

MONIQUE FITCH,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 4

Docket: 2012-700(IT)G

BETWEEN:

STEPHEN FITCH,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-754(IT)G

BETWEEN:

WILLIAM KAUL,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-938(IT)G

BETWEEN:

JOHN VARGHESE,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2012-940(IT)G

BETWEEN:

NAJMUL SIDDIQUI,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Page: 5

Docket: 2012-941(IT)G

BETWEEN:

SHELDON MENDLOWITZ,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent,

Docket: 2013-1882(IT)G

BETWEEN:

IAN ROHER,

Appellant,

and

HER MAJESTY THE QUEEN,

Respondent.

---

LETTER OF REQUEST

---

TO THE JUDICIAL AUTHORITIES OF the United States of America;

PROCEEDINGS ARE PENDING in this Court between the Appellants and the Respondent.

IT HAS BEEN SHOWN TO THIS COURT that it appears necessary for the purpose of justice that witnesses residing within your jurisdiction be examined there.

Page: 6

THIS COURT HAS ISSUED A COMMISSION to the Honourable Chief Justice Rossiter, Chief Justice of the Tax Court of Canada in Ottawa, Ontario, providing for the examination of PAUL SLOAN in the United States. The last known address of the witness is as follows:

Paul Sloan
6041 Fernwood Avenue
Woodland Hills, CA
91425

YOU ARE REQUESTED in furtherance of justice, to locate and to cause PAUL SLOAN and, on consent of the parties, any other witness who may be found in your jurisdiction, to appear before the Commissioner by the means ordinarily used in your jurisdiction, if necessary, to secure attendance, and to answer questions under oath or affirmation.

YOU ARE ALSO REQUESTED to permit the Commissioner to conduct the examination of the witness in accordance with the *Tax Court of Canada Rules (General Procedure)* and the Commission issued by this Court.

THIS LETTER OF REQUEST is signed and sealed by direction of the Court made on December 23, 2015.

DATED at Ottawa, Canada, this 29th day of December 2015.

Issued by _Donald Macneil_____
DONALD MACNEIL
REGISTRAR

200 Kent Street
Ottawa, ON    K1A 0M1
Telephone:(613) 944-7758
Fax:      (613) 957-9034