1  MAURICE SUH, SBN 147485
    msuh@gibsondunn.com
2  DANIEL WEISS, SBN 242022
    dweiss@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
5  Facsimile:   213.229.7520

6  Attorneys for Applicant,
   Her Majesty The Queen

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | *In re* Application of: | CASE NO. 2:16-MC-00002 |
|---|---|---|
| 12 | Her Majesty The Queen, | **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |
| 13 | Applicant, | |
| 14 | For the Issuance of a Subpoena for the Taking of a Deposition In A Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | |

Gibson, Dunn &
Crutcher LLP

TO THE COURT AND TO ALL PARTIES OF RECORD:

Please take notice that the above-captioned action is related to a closed miscellaneous action filed by Applicant Her Majesty The Queen (the "Crown") in this Court styled *In re Application of Her Majesty The Queen*, Case No. 2:13-mc-00144-UA-DUTY ("Related Case").

In the Related Case, the Crown filed with this Court an *Ex Parte* Application For An Order Under 28 U.S.C. § 1782 For The Issuance Of A Subpoena To Paul Sloan For the Taking Of A Deposition For Use In A Foreign Proceeding. *See In re Application of Her Majesty The Queen*, Case No. 2:13-mc-00144-UA-DUTY, Dkt. No. 1. This Court granted the Crown's *Ex Parte* Application, and a subpoena to Paul Sloan was issued. *Id.*, Dkt. Nos. 6, 7. Mr. Sloan's deposition went forward, but due to the recusal of the judicial officer presiding over the underlying foreign action, the transcript from Mr. Sloan's deposition was sealed. Nevertheless, given the relevance of Mr. Sloan's testimony to the underlying foreign action, on December 22, 2015, the newly assigned judge presiding over that action ordered that evidence be taken from Mr. Sloan on February 11, 2016, in Los Angeles, California.

In the above-captioned action, the Crown applies to this Court for an order pursuant to 28 U.S.C. § 1782 to obtain deposition testimony from Mr. Sloan on February 11, 2016, for use in a foreign proceeding to which the Crown is a party. Because both the underlying foreign action and the deponent are the same in the Related Case and the above-captioned action, they (1) arise from the same or a closely

///
///
///
///
///
///
///

Gibson, Dunn & Crutcher LLP

1

1  related transaction, happening, or event and (2) call for the determination of the same
2  or substantially related or similar questions of fact.
3
4
   Dated: January 15, 2016              Respectfully submitted,
5
6                                        GIBSON, DUNN & CRUTCHER LLP
7
8                                        By:         /s/
                                                 Daniel L. Weiss
9
10                                       Attorneys for Applicant,
11                                       Her Majesty The Queen
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28