NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Maurice M. Suh, SBN 147485, MSUH@gibsondunn.com
Daniel L. Weiss, SBN 242022, DWeiss@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue,
Los Angeles, CA 90071
Telephone: 213-229-7000

ATTORNEY(S) FOR: Her Majesty The Queen

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re Application of: Her Majesty The Queen

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER: 2:16-MC-00002

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Her Majesty The Queen_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Her Majesty The Queen | Applicant |
| Jeffrey Sackman | Appellant In Underlying Foreign Proceeding |
| Paul Sloan | Witness |

January 15, 2016                 /s/
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

Her Majesty The Queen

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**