1  MAURICE SUH, SBN 147485
     msuh@gibsondunn.com
2  DANIEL WEISS, SBN 242022
     dweiss@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
5  Facsimile:   213.229.7520

6  Attorneys for Applicant,
   Her Majesty The Queen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of:<br><br>Her Majesty The Queen,<br><br>           Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition In A Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | CASE NO. 2:16-MC-002<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 FOR THE ISSUANCE OF A SUBPOENA TO PAUL SLOAN FOR THE TAKING OF A DEPOSITION FOR USE IN A FOREIGN PROCEEDING** |

Gibson, Dunn &
Crutcher LLP

**[PROPOSED] ORDER**

Upon review of Her Majesty The Queen's *Ex Parte* Application For An Order Under 28 U.S.C. § 1782 For the Issuance Of A Subpoena To Paul Sloan For The Taking Of A Deposition For Use In A Foreign Proceeding, as well as the declarations and evidence in support thereof:

IT IS HEREBY ORDERED that good cause exists and the *ex parte* application is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue the subpoena attached as Exhibit A to the Declaration of Daniel L. Weiss.

IT IS SO ORDERED.

Dated: January 22, 2016

_____
Alexander F. MacKinnon
United States Magistrate Judge
Central District of California

Gibson, Dunn & Crutcher LLP

1